# EXHIBIT 1

# The Seattle Times Registered Works

# Title of Work: The Seattle Times / Seattle Post-Intelligencer

| Registration Number | Author / Claimant | Issue Date | Registration Date |
|---|---|---|---|
| TX0003727347 | Seattle Times Company | 01/02/1994 | 01/13/1994 |
| TX0003745999 | Seattle Times Company | 01/09/1994 | 02/15/1994 |
| TX0003746000 | Seattle Times Company | 01/16/1994 | 02/15/1994 |
| TX0003734876 | Seattle Times Company | 01/23/1994 | 02/15/1994 |
| TX0003793902 | Seattle Times Company | 01/30/1994 | 02/15/1994 |
| TX0003773474 | Seattle Times Company | 02/06/1994 | 03/10/1994 |
| TX0003773475 | Seattle Times Company | 02/13/1994 | 03/10/1994 |
| TX0003773476 | Seattle Times Company | 02/20/1994 | 03/09/1994 |
| TX0003773472 | Seattle Times Company | 02/27/1994 | 03/09/1994 |
| TX0003803147 | Seattle Times Company | 03/06/1994 | 04/05/1994 |
| TX0003803161 | Seattle Times Company | 03/13/1994 | 04/05/1994 |
| TX0003803160 | Seattle Times Company | 03/20/1994 | 04/05/1994 |
| TX0003803162 | Seattle Times Company | 03/27/1994 | 04/05/1994 |
| TX0003811724 | Seattle Times Company | 04/03/1994 | 04/26/1994 |
| TX0003811723 | Seattle Times Company | 04/10/1994 | 04/26/1994 |
| TX0003828464 | Seattle Times Company | 04/17/1994 | 04/26/1994 |
| TX0003809744 | Seattle Times Company | 04/24/1994 | 05/06/1994 |
| TX0003832993 | Seattle Times Company | 05/01/1994 | 05/25/1994 |
| TX0003832992 | Seattle Times Company | 05/08/1994 | 05/25/1994 |
| TX0003832994 | Seattle Times Company | 05/15/1994 | 05/25/1994 |
| TX0003824246 | Seattle Times Company | 05/22/1994 | 06/14/1994 |
| TX0003824245 | Seattle Times Company | 05/29/1994 | 06/14/1994 |
| TX0003824244 | Seattle Times Company | 06/05/1994 | 06/14/1994 |
| TX0003916492 | Seattle Times Company | 06/12/1994 | 07/06/1994 |
| TX0003846345 | Seattle Times Company | 06/19/1994 | 07/06/1994 |
| TX0003846346 | Seattle Times Company | 06/26/1994 | 07/06/1994 |
| TX0003874608 | Seattle Times Company | 07/10/1994 | 07/27/1994 |
| TX0003874607 | Seattle Times Company | 07/17/1994 | 07/27/1994 |
| TX0003909418 | Seattle Times Company | 07/31/1994 | 08/16/1994 |
| TX0003909417 | Seattle Times Company | 08/07/1994 | 08/16/1994 |
| TX0003909478 | Seattle Times Company | 08/14/1994 | 09/12/1994 |
| TX0003914179 | Seattle Times Company | 08/21/1994 | 09/12/1994 |
| TX0003909479 | Seattle Times Company | 08/28/1994 | 09/14/1994 |
| TX0003913023 | Seattle Times Company | 09/04/1994 | 09/20/1994 |
| TX0003913024 | Seattle Times Company | 09/11/1994 | 09/20/1994 |
| TX0003939218 | Seattle Times Company | 09/18/1994 | 11/04/1994 |
| TX0003917928 | Seattle Times Company | 09/25/1994 | 10/25/1994 |
| TX0003917927 | Seattle Times Company | 10/02/1994 | 10/25/1994 |
| TX0003917925 | Seattle Times Company | 10/09/1994 | 10/25/1994 |
| TX0003917926 | Seattle Times Company | 10/16/1994 | 10/25/1994 |
| TX0003939217 | Seattle Times Company | 10/23/1994 | 11/04/1994 |
| TX0003940486 | Seattle Times Company | 11/13/1994 | 12/02/1994 |
| TX0003940487 | Seattle Times Company | 11/20/1994 | 12/02/1994 |
| TX0003947322 | Seattle Times Company | 11/27/1994 | 12/30/1994 |
| TX0003947323 | Seattle Times Company | 12/04/1994 | 12/30/1994 |
| TX0003947326 | Seattle Times Company | 12/11/1994 | 12/30/1994 |
| TX0003947325 | Seattle Times Company | 12/18/1994 | 12/30/1994 |
| TX0003982343 | Seattle Times Company | 12/25/1994 | 01/31/1995 |
| TX0003986870 | Seattle Times Company | 01/01/1995 | 01/30/1995 |
| TX0003986856 | Seattle Times Company | 01/08/1995 | 01/30/1995 |
| TX0003617449 | Seattle Times Company | 01/15/1995 | 01/31/1995 |
| TX0003617448 | Seattle Times Company | 01/22/1995 | 01/31/1995 |
| TX0003999943 | Seattle Times Company | 01/29/1995 | 02/24/1995 |
| TX0003999944 | Seattle Times Company | 02/05/1995 | 02/24/1995 |
| TX0003999945 | Seattle Times Company | 02/12/1995 | 02/24/1995 |
| TX0004136714 | Seattle Times Company | 02/19/1995 | 03/22/1995 |
| TX0004136713 | Seattle Times Company | 02/26/1995 | 03/22/1995 |
| TX0004006060 | Seattle Times Company | 03/05/1995 | 03/22/1995 |
| TX0004006061 | Seattle Times Company | 03/12/1995 | 03/22/1995 |
| TX0004020675 | Seattle Times Company | 03/19/1995 | 04/11/1995 |

| | | | |
|---|---|---|---|
| TX0004020674 | Seattle Times Company | 03/26/1995 | 04/11/1995 |
| TX0004020676 | Seattle Times Company | 04/02/1995 | 04/11/1995 |
| TX0004053789 | Seattle Times Company | 04/09/1995 | 05/26/1995 |
| TX0004053723 | Seattle Times Company | 04/23/1995 | 05/23/1995 |
| TX0004053772 | Seattle Times Company | 04/30/1995 | 05/23/1995 |
| TX0004053773 | Seattle Times Company | 05/07/1995 | 05/23/1995 |
| TX0004053774 | Seattle Times Company | 05/14/1995 | 05/23/1995 |
| TX0004120511 | Seattle Times Company | 05/21/1995 | 06/27/1995 |
| TX0004120529 | Seattle Times Company | 05/28/1995 | 06/27/1995 |
| TX0004062856 | Seattle Times Company | 06/04/1995 | 06/27/1995 |
| TX0004120512 | Seattle Times Company | 06/11/1995 | 06/27/1995 |
| TX0004120510 | Seattle Times Company | 06/18/1995 | 06/27/1995 |
| TX0004174373 | Seattle Times Company | 06/25/1995 | 08/08/1995 |
| TX0004174372 | Seattle Times Company | 07/02/1995 | 08/08/1995 |
| TX0004080126 | Seattle Times Company | 07/09/1995 | 08/07/1995 |
| TX0004080125 | Seattle Times Company | 07/16/1995 | 08/07/1995 |
| TX0004112701 | Seattle Times Company | 07/23/1995 | 08/07/1995 |
| TX0004112702 | Seattle Times Company | 07/30/1995 | 08/07/1995 |
| TX0004136692 | Seattle Times Company | 08/06/1995 | 09/06/1995 |
| TX0004136691 | Seattle Times Company | 08/13/1995 | 09/06/1995 |
| TX0004136690 | Seattle Times Company | 08/20/1995 | 09/06/1995 |
| TX0004136693 | Seattle Times Company | 08/27/1995 | 09/06/1995 |
| TX0004160744 | Seattle Times Company | 09/03/1995 | 10/17/1995 |
| TX0004160743 | Seattle Times Company | 09/10/1995 | 10/17/1995 |
| TX0004160745 | Seattle Times Company | 09/17/1995 | 10/17/1995 |
| TX0004160742 | Seattle Times Company | 09/24/1995 | 10/17/1995 |
| TX0004160748 | Seattle Times Company | 10/01/1995 | 10/17/1995 |
| TX0004160747 | Seattle Times Company | 10/08/1995 | 10/17/1995 |
| TX0004197574 | Seattle Times Company | 10/15/1995 | 11/07/1995 |
| TX0004197575 | Seattle Times Company | 10/22/1995 | 11/07/1995 |
| TX0004198184 | Seattle Times Company | 10/29/1995 | 11/07/1995 |
| TX0004234152 | Seattle Times Company | 11/05/1995 | 12/19/1995 |
| TX0004234153 | Seattle Times Company | 11/12/1995 | 12/19/1995 |
| TX0004234151 | Seattle Times Company | 11/19/1995 | 12/19/1995 |
| TX0004234154 | Seattle Times Company | 11/26/1995 | 12/19/1995 |
| TX0004250815 | Seattle Times Company | 12/03/1995 | 12/19/1995 |
| TX0004234155 | Seattle Times Company | 12/10/1995 | 12/19/1995 |
| TX0004245107 | Seattle Times Company | 12/17/1995 | 01/17/1996 |
| TX0004245106 | Seattle Times Company | 12/24/1995 | 01/17/1996 |
| TX0004245108 | Seattle Times Company | 12/31/1995 | 01/17/1996 |
| TX0004283244 | Seattle Times Company | 01/07/1996 | 02/01/1996 |
| TX0004283243 | Seattle Times Company | 01/14/1996 | 02/01/1996 |
| TX0004283245 | Seattle Times Company | 01/21/1996 | 02/01/1996 |
| TX0004283242 | Seattle Times Company | 01/28/1996 | 02/16/1996 |
| TX0004283241 | Seattle Times Company | 02/04/1996 | 02/16/1996 |
| TX0004283240 | Seattle Times Company | 02/11/1996 | 02/28/1996 |
| TX0004283239 | Seattle Times Company | 02/18/1996 | 02/28/1996 |
| TX0004263331 | Seattle Times Company | 02/25/1996 | 03/21/1996 |
| TX0004263333 | Seattle Times Company | 03/03/1996 | 03/21/1996 |
| TX0004263332 | Seattle Times Company | 03/10/1996 | 03/21/1996 |
| TX0004320064 | Seattle Times Company | 03/17/1996 | 04/03/1996 |
| TX0004320065 | Seattle Times Company | 03/24/1996 | 04/03/1996 |
| TX0004315585 | Seattle Times Company | 04/07/1996 | 04/24/1996 |
| TX0004311262 | Seattle Times Company | 04/21/1996 | 08/12/1996 |
| TX0004311260 | Seattle Times Company | 04/28/1996 | 08/12/1996 |
| TX0004315584 | Seattle Times Company | 05/05/1996 | 08/12/1996 |
| TX0004335294 | Seattle Times Company | 05/12/1996 | 08/12/1996 |
| TX0004329208 | Seattle Times Company | 05/19/1996 | 08/12/1996 |
| TX0004329203 | Seattle Times Company | 05/26/1996 | 08/12/1996 |
| TX0004329212 | Seattle Times Company | 06/02/1996 | 08/12/1996 |
| TX0004311259 | Seattle Times Company | 06/09/1996 | 08/12/1996 |
| TX0004329207 | Seattle Times Company | 06/16/1996 | 08/12/1996 |
| TX0004311261 | Seattle Times Company | 06/23/1996 | 08/12/1996 |
| TX0004329206 | Seattle Times Company | 06/30/1996 | 08/21/1996 |

| | | | |
|---|---|---|---|
| TX0004329205 | Seattle Times Company | 07/07/1996 | 08/21/1996 |
| TX0004329204 | Seattle Times Company | 07/14/1996 | 08/21/1996 |
| TX0004329211 | Seattle Times Company | 07/21/1996 | 08/21/1996 |
| TX0004329209 | Seattle Times Company | 07/28/1996 | 08/21/1996 |
| TX0004329210 | Seattle Times Company | 08/04/1996 | 08/21/1996 |
| TX0004324558 | Seattle Times Company | 08/11/1996 | 09/11/1996 |
| TX0004324559 | Seattle Times Company | 08/18/1996 | 09/11/1996 |
| TX0004324561 | Seattle Times Company | 08/25/1996 | 09/13/1996 |
| TX0004324560 | Seattle Times Company | 09/01/1996 | 09/13/1996 |
| TX0004353988 | Seattle Times Company | 09/08/1996 | 10/24/1996 |
| TX0004353989 | Seattle Times Company | 09/15/1996 | 10/24/1996 |
| TX0004349507 | Seattle Times Company | 09/22/1996 | 10/08/1996 |
| TX0004349508 | Seattle Times Company | 09/29/1996 | 10/08/1996 |
| TX0004479990 | Seattle Times Company | 10/06/1996 | 04/08/1997 |
| TX0004353995 | Seattle Times Company | 10/13/1996 | 10/25/1996 |
| TX0004461994 | Seattle Times Company | 10/20/1996 | 04/08/1997 |
| TX0004461996 | Seattle Times Company | 10/27/1996 | 04/08/1997 |
| TX0004479988 | Seattle Times Company | 11/03/1996 | 04/08/1997 |
| TX0004479986 | Seattle Times Company | 11/10/1996 | 04/08/1997 |
| TX0004479991 | Seattle Times Company | 11/17/1996 | 04/08/1997 |
| TX0004479984 | Seattle Times Company | 11/24/1996 | 04/08/1997 |
| TX0004462003 | Seattle Times Company | 12/01/1996 | 04/08/1997 |
| TX0004462004 | Seattle Times Company | 12/08/1996 | 04/08/1997 |
| TX0004461997 | Seattle Times Company | 12/15/1996 | 04/08/1997 |
| TX0004461992 | Seattle Times Company | 12/22/1996 | 04/08/1997 |
| TX0004461993 | Seattle Times Company | 12/29/1996 | 04/08/1997 |
| TX0004479987 | Seattle Times Company | 01/05/1997 | 04/08/1997 |
| TX0004461995 | Seattle Times Company | 01/12/1997 | 04/08/1997 |
| TX0004479985 | Seattle Times Company | 01/19/1997 | 04/08/1997 |
| TX0004479989 | Seattle Times Company | 01/26/1997 | 04/08/1997 |
| TX0004462005 | Seattle Times Company | 02/02/1997 | 04/08/1997 |
| TX0004462000 | Seattle Times Company | 02/09/1997 | 04/08/1997 |
| TX0004461998 | Seattle Times Company | 02/16/1997 | 03/04/1997 |
| TX0004461999 | Seattle Times Company | 02/23/1997 | 04/08/1997 |
| TX0004462002 | Seattle Times Company | 03/02/1997 | 04/08/1997 |
| TX0004462001 | Seattle Times Company | 03/09/1997 | 03/18/1997 |
| TX0004466630 | Seattle Times Company | 03/16/1997 | 04/22/1997 |
| TX0004475592 | Seattle Times Company | 03/23/1997 | 04/23/1997 |
| TX0004475591 | Seattle Times Company | 03/30/1997 | 04/23/1997 |
| TX0004466628 | Seattle Times Company | 04/06/1997 | 04/22/1997 |
| TX0004466629 | Seattle Times Company | 04/13/1997 | 04/22/1997 |
| TX0004491311 | Seattle Times Company | 04/20/1997 | 05/28/1997 |
| TX0004491312 | Seattle Times Company | 04/27/1997 | 05/28/1997 |
| TX0004491314 | Seattle Times Company | 05/04/1997 | 05/28/1997 |
| TX0004491313 | Seattle Times Company | 05/11/1997 | 05/28/1997 |
| TX0004502207 | Seattle Times Company | 05/18/1997 | 05/28/1997 |
| TX0004492533 | Seattle Times Company | 05/25/1997 | 07/02/1997 |
| TX0004492535 | Seattle Times Company | 06/01/1997 | 07/02/1997 |
| TX0004492534 | Seattle Times Company | 06/08/1997 | 07/02/1997 |
| TX0004507286 | Seattle Times Company | 06/15/1997 | 07/02/1997 |
| TX0004507287 | Seattle Times Company | 06/22/1997 | 07/02/1997 |
| TX0004520482 | Seattle Times Company | 06/29/1997 | 08/01/1997 |
| TX0004520479 | Seattle Times Company | 07/06/1997 | 08/01/1997 |
| TX0004520481 | Seattle Times Company | 07/13/1997 | 08/01/1997 |
| TX0004520480 | Seattle Times Company | 07/20/1997 | 08/01/1997 |
| TX0004545225 | Seattle Times Company | 08/03/1997 | 09/23/1997 |
| TX0004545224 | Seattle Times Company | 08/10/1997 | 09/23/1997 |
| TX0004550637 | Seattle Times Company | 08/17/1997 | 09/22/1997 |
| TX0004550638 | Seattle Times Company | 08/24/1997 | 09/22/1997 |
| TX0004550635 | Seattle Times Company | 08/31/1997 | 09/22/1997 |
| TX0004550636 | Seattle Times Company | 09/07/1997 | 09/22/1997 |
| TX0004563258 | Seattle Times Company | 09/14/1997 | 10/22/1997 |
| TX0004563262 | Seattle Times Company | 09/21/1997 | 10/22/1997 |
| TX0004563259 | Seattle Times Company | 09/28/1997 | 10/22/1997 |

| | | | |
|---|---|---|---|
| TX0004563260 | Seattle Times Company | 10/05/1997 | 10/22/1997 |
| TX0004563261 | Seattle Times Company | 10/12/1997 | 10/22/1997 |
| TX0004577866 | Seattle Times Company | 10/19/1997 | 12/02/1997 |
| TX0004581570 | Seattle Times Company | 10/26/1997 | 12/02/1997 |
| TX0004577867 | Seattle Times Company | 11/02/1997 | 12/02/1997 |
| TX0004586125 | Seattle Times Company | 11/09/1997 | 12/02/1997 |
| TX0004586126 | Seattle Times Company | 11/16/1997 | 12/02/1997 |
| TX0004602441 | Seattle Times Company | 11/23/1997 | 01/09/1998 |
| TX0004602442 | Seattle Times Company | 11/30/1997 | 01/09/1998 |
| TX0004602439 | Seattle Times Company | 12/21/1997 | 01/08/1998 |
| TX0004602440 | Seattle Times Company | 12/28/1997 | 01/08/1998 |
| TX0004651753 | Seattle Times Company | 01/04/1998 | 07/07/1998 |
| TX0004620375 | Seattle Times Company | 01/11/1998 | 02/10/1998 |
| TX0004616806 | Seattle Times Company | 01/18/1998 | 02/10/1998 |
| TX0004616807 | Seattle Times Company | 01/25/1998 | 02/10/1998 |
| TX0004720704 | Seattle Times Company | 02/01/1998 | 07/07/1998 |
| TX0004720703 | Seattle Times Company | 02/08/1998 | 07/07/1998 |
| TX0004644768 | Seattle Times Company | 02/15/1998 | 03/10/1998 |
| TX0004720707 | Seattle Times Company | 02/22/1998 | 07/07/1998 |
| TX0004720705 | Seattle Times Company | 03/01/1998 | 07/07/1998 |
| TX0004651749 | Seattle Times Company | 03/08/1998 | 07/07/1998 |
| TX0004651750 | Seattle Times Company | 03/15/1998 | 07/07/1998 |
| TX0004651755 | Seattle Times Company | 03/22/1998 | 07/07/1998 |
| TX0004651754 | Seattle Times Company | 03/29/1998 | 07/07/1998 |
| TX0004651745 | Seattle Times Company | 04/05/1998 | 07/07/1998 |
| TX0004651744 | Seattle Times Company | 04/12/1998 | 07/07/1998 |
| TX0004651739 | Seattle Times Company | 04/19/1998 | 07/07/1998 |
| TX0004651740 | Seattle Times Company | 04/26/1998 | 07/07/1998 |
| TX0004651743 | Seattle Times Company | 05/03/1998 | 07/07/1998 |
| TX0004651742 | Seattle Times Company | 05/10/1998 | 07/07/1998 |
| TX0004720706 | Seattle Times Company | 05/17/1998 | 07/07/1998 |
| TX0004651741 | Seattle Times Company | 05/24/1998 | 07/07/1998 |
| TX0004651747 | Seattle Times Company | 05/31/1998 | 06/29/1998 |
| TX0004651748 | Seattle Times Company | 06/07/1998 | 06/29/1998 |
| TX0004720896 | Seattle Times Company | 06/14/1998 | 07/01/1998 |
| TX0004720895 | Seattle Times Company | 06/21/1998 | 07/01/1998 |
| TX0004741115 | Seattle Times Company | 06/28/1998 | 07/14/1998 |
| TX0004741114 | Seattle Times Company | 07/05/1998 | 07/14/1998 |
| TX0004741667 | Seattle Times Company | 07/19/1998 | 08/04/1998 |
| TX0004766112 | Seattle Times Company | 07/26/1998 | 08/25/1998 |
| TX0004766111 | Seattle Times Company | 08/02/1998 | 08/25/1998 |
| TX0004755449 | Seattle Times Company | 08/09/1998 | 08/26/1998 |
| TX0004755450 | Seattle Times Company | 08/16/1998 | 08/26/1998 |
| TX0004755447 | Seattle Times Company | 08/23/1998 | 09/14/1998 |
| TX0004755448 | Seattle Times Company | 08/30/1998 | 09/14/1998 |
| TX0004780840 | Seattle Times Company | 09/06/1998 | 10/09/1998 |
| TX0004824837 | Seattle Times Company | 09/13/1998 | 01/04/1999 |
| TX0004780841 | Seattle Times Company | 09/20/1998 | 10/09/1998 |
| TX0004774145 | Seattle Times Company | 09/27/1998 | 10/09/1998 |
| TX0004787846 | Seattle Times Company | 10/04/1998 | 10/20/1998 |
| TX0004787845 | Seattle Times Company | 10/11/1998 | 10/20/1998 |
| TX0004794364 | Seattle Times Company | 10/18/1998 | 11/06/1998 |
| TX0004824839 | Seattle Times Company | 11/01/1998 | 01/04/1999 |
| TX0004810922 | Seattle Times Company | 11/08/1998 | 11/27/1998 |
| TX0004810923 | Seattle Times Company | 11/15/1998 | 11/27/1998 |
| TX0004824841 | Seattle Times Company | 11/22/1998 | 01/04/1999 |
| TX0004824840 | Seattle Times Company | 11/29/1998 | 01/04/1999 |
| TX0004725240 | Seattle Times Company | 12/13/1998 | 01/07/1999 |
| TX0004725241 | Seattle Times Company | 12/20/1998 | 01/07/1999 |
| TX0004849760 | Seattle Times Company | 12/27/1998 | 01/07/1999 |

# Title of Work: The Seattle Times

| Registration Number | Author / Claimant | Issue / Publication Date ( | Registration Date |
|---|---|---|---|
| TX0004894399 | Seattle Times Company | 01/1999 | 04/29/1999 |
| TX0005055649 | Seattle Times Company | 02/1999 | 05/21/1999 |
| TX0004935342 | Seattle Times Company | 03/1999 | 06/24/1999 |
| TX0004931619 | Seattle Times Company | 04/1999 | 07/06/1999 |
| TX0004948830 | Seattle Times Company | 05/1999 | 07/28/1999 |
| TX0004979398 | Seattle Times Company | 06/1999 | 09/03/1999 |
| TX0005006159 | Seattle Times Company | 08/1999 | 11/04/1999 |
| TX0005006146 | Seattle Times Company | 09/1999 | 11/04/1999 |
| TX0005038649 | Seattle Times Company | 10/1999 | 01/12/2000 |
| TX0005038642 | Seattle Times Company | 11/1999 | 01/24/2000 |
| TX0005041560 | Seattle Times Company | 12/1999 | 02/11/2000 |
| TX0005052103 | Seattle Times Company | 01/2000 | 03/10/2000 |
| TX0005100775 | Seattle Times Company | 02/2000 | 05/01/2000 |
| TX0005093570 | Seattle Times Company | 03/2000 | 05/12/2000 |
| TX0005115618 | Seattle Times Company | 04/2000 | 06/16/2000 |
| TX0005124120 | Seattle Times Company | 05/2000 | 07/10/2000 |
| TX0005173629 | Seattle Times Company | 06/2000 | 10/16/2000 |
| TX0005205464 | Seattle Times Company | 07/2000 | 11/14/2000 |
| TX0005193577 | Seattle Times Company | 09/2000 | 11/15/2000 |
| TX0005286658 | Seattle Times Company | 10/2000 | 03/22/2001 |
| TX0005271932 | Seattle Times Company | 11/2000 | 03/22/2001 |
| TX0005329913 | Seattle Times Company | 12/2000 | 06/15/2001 |
| TX0005312549 | Seattle Times Company | 01/2001 | 05/08/2001 |
| TX0005312554 | Seattle Times Company | 02/2001 | 05/08/2001 |
| TX0005387254 | Seattle Times Company | 03/2001 | 08/30/2001 |
| TX0005387264 | Seattle Times Company | 04/2001 | 08/31/2001 |
| TX0005388875 | Seattle Times Company | 05/2001 | 09/17/2001 |
| TX0005396072 | Seattle Times Company | 06/2001 | 10/25/2001 |
| TX0005426301 | Seattle Times Company | 07/2001 | 12/03/2001 |
| TX0005426291 | Seattle Times Company | 08/2001 | 01/11/2002 |
| TX0005426283 | Seattle Times Company | 09/2001 | 01/11/2002 |
| TX0005426556 | Seattle Times Company | 10/2001 | 02/19/2002 |
| TX0005426572 | Seattle Times Company | 11/2001 | 03/01/2002 |
| TX0005491268 | Seattle Times Company | 12/2001 | 03/27/2002 |
| TX0005944384 | Seattle Times Company | 01/2002 | 04/15/2002 |
| TX0005944385 | Seattle Times Company | 02/2002 | 04/15/2002 |
| TX0005549023 | Seattle Times Company | 03/2002 | 06/07/2002 |
| TX0005582119 | Seattle Times Company | 04/2002 | 08/23/2002 |
| TX0005613715 | Seattle Times Company | 05/2002 | 09/03/2002 |
| TX0005673206 | Seattle Times Company | 06/2002 | 10/25/2002 |
| TX0005613744 | Seattle Times Company | 07/2002 | 08/16/2002 |
| TX0005673196 | Seattle Times Company | 08/2002 | 11/20/2002 |
| TX0005673190 | Seattle Times Company | 09/2002 | 12/03/2002 |
| TX0005675122 | Seattle Times Company | 11/2002 | 03/17/2003 |
| TX0005683874 | Seattle Times Company | 12/2002 | 03/19/2003 |
| TX0005732003 | Seattle Times Company | 01/2003 | 05/23/2003 |
| TX0005731998 | Seattle Times Company | 02/2003 | 05/23/2003 |
| TX0005760224 | Seattle Times Company | 03/2003 | 06/30/2003 |
| TX0005899934 | Seattle Times Company | 04/2003 | 07/10/2003 |
| TX0005806788 | Seattle Times Company | 05/2003 | 08/18/2003 |
| TX0005870358 | Seattle Times Company | 06/2003 | 09/10/2003 |
| TX0005873907 | Seattle Times Company | 07/2003 | 10/10/2003 |
| TX0005870340 | Seattle Times Company | 08/2003 | 11/14/2003 |
| TX0005870396 | Seattle Times Company | 09/2003 | 12/10/2003 |
| TX0005878730 | Seattle Times Company | 10/2003 | 12/22/2003 |
| TX0005873906 | Seattle Times Company | 10/2003 | 02/19/2003 |
| TX0005878904 | Seattle Times Company | 11/2003 | 02/02/2003 |
| TX0005921972 | Seattle Times Company | 12/2003 | 03/10/2004 |
| TX0005921930 | Seattle Times Company | 01/2004 | 04/12/2004 |
| TX0005989228 | Seattle Times Company | 02/2004 | 06/18/2004 |

| | | | |
|---|---|---|---|
| TX0005989233 | Seattle Times Company | 03/2004 | 06/21/2004 |
| TX0005989229 | Seattle Times Company | 04/2004 | 06/26/2004 |
| TX0006009171 | Seattle Times Company | 05/2004 | 08/09/2004 |
| TX0006052631 | Seattle Times Company | 06/2004 | 09/16/2004 |
| TX0006052585 | Seattle Times Company | 07/2004 | 10/15/2004 |
| TX0006078189 | Seattle Times Company | 08/2004 | 11/23/2004 |
| TX0006071959 | Seattle Times Company | 09/2004 | 11/23/2004 |
| TX0006112755 | Seattle Times Company | 10/2004 | 02/16/2005 |
| TX0006126228 | Seattle Times Company | 11/2004 | 03/14/2005 |
| TX0006163403 | Seattle Times Company | 12/2004 | 03/18/2005 |
| TX0006172180 | Seattle Times Company | 01/2005 | 05/09/2005 |
| TX0006166843 | Seattle Times Company | 02/2005 | 05/27/2005 |
| TX0006172158 | Seattle Times Company | 03/2005 | 05/27/2005 |
| TX0006206927 | Seattle Times Company | 04/2005 | 07/12/2005 |
| TX0006215858 | Seattle Times Company | 05/2005 | 07/12/2005 |
| TX0006215837 | Seattle Times Company | 06/2005 | 08/25/2005 |
| TX0006210514 | Seattle Times Company | 07/2005 | 09/21/2005 |
| TX0006250633 | Seattle Times Company | 08/2005 | 10/17/2005 |
| TX0006210879 | Seattle Times Company | 09/2005 | 11/04/2005 |
| TX0006334506 | Seattle Times Company | 10/2005 | 12/12/2005 |
| TX0006331258 | Seattle Times Company | 11/2005 | 02/13/2006 |
| TX0006331259 | Seattle Times Company | 12/2005 | 02/13/2006 |
| TX0006313850 | Seattle Times Company | 01/2006 | 03/10/2006 |
| TX0006337633 | Seattle Times Company | 02/2006 | 04/17/2006 |
| TX0006334926 | Seattle Times Company | 03/2006 | 05/15/2006 |
| TX0006379218 | Seattle Times Company | 04/2006 | 06/08/2006 |
| TX0006422126 | Seattle Times Company | 05/2006 | 07/17/2006 |
| TX0006441762 | Seattle Times Company | 06/2006 | 08/21/2006 |
| TX0006469033 | Seattle Times Company | 07/2006 | 09/18/2006 |
| TX0006436514 | Seattle Times Company | 08/2006 | 10/13/2006 |
| TX0006481198 | Seattle Times Company | 09/2006 | 11/13/2006 |
| TX0006481152 | Seattle Times Company | 10/2006 | 12/18/2006 |
| TX0006498512 | Seattle Times Company | 11/2006 | 01/16/2007 |
| TX0006511600 | Seattle Times Company | 12/2006 | 02/21/2007 |
| TX0006520728 | Seattle Times Company | 01/2007 | 03/09/2007 |
| TX0006550538 | Seattle Times Company | 02/2007 | 04/19/2007 |
| TX0006587825 | Seattle Times Company | 03/2007 | 05/14/2007 |
| TX0006587927 | Seattle Times Company | 04/2007 | 06/27/2007 |
| TX0006608030 | Seattle Times Company | 05/2007 | 07/02/2007 |
| TX0006627924 | Seattle Times Company | 06/2007 | 08/16/2007 |
| TX0006630133 | Seattle Times Company | 07/2007 | 09/26/2007 |
| TX0006630458 | Seattle Times Company | 08/2007 | 10/15/2007 |
| TX0006645694 | Seattle Times Company | 09/2007 | 10/24/2007 |
| TX0006644495 | Seattle Times Company | 10/2007 | 12/20/2007 |
| TX0006647447 | Seattle Times | 11/2007 | 02/04/2008 |
| TX0006648282 | Seattle Times | 12/2007 | 02/29/2008 |
| TX0006647455 | Seattle Times | 01/2008 | 03/07/2008 |
| TX0006647118 | Seattle Times | 02/2008 | 04/17/2008 |
| TX0006647203 | Seattle Times | 03/2008 | 02/07/2008 |
| TX0006647029 | Seattle Times | 04/2008 | 06/10/2008 |
| TX0006662407 | Seattle Times | 05/2008 | 07/08/2008 |
| TX0006664737 | Seattle Times | 06/2008 | 07/30/2008 |
| TX0006660580 | Seattle Times | 07/2008 | 09/22/2008 |
| TX0006665061 | Seattle Times | 08/2008 | 12/03/2008 |
| TX0006664690 | Seattle Times | 09/2008 | 11/17/2008 |
| TX0006664954 | Seattle Times | 10/2008 | 02/11/2009 |
| TX0006664953 | Seattle Times | 11/2008 | 02/11/2009 |
| TX0006680113 | Seattle Times | 12/2008 | 02/20/2009 |
| TX0006679621 | Seattle Times | 01/2009 | 04/16/2009 |
| TX0006679399 | Seattle Times | 02/2009 | 06/15/2009 |
| TX0006679400 | Seattle Times | 03/2009 | 06/17/2009 |
| TX0006685226 | Seattle Times | 04/2009 | 08/06/2009 |
| TX0006718633 | Seattle Times | 05/2009 | 09/08/2010 |
| TX0006685227 | Seattle Times | 05/2009 | 08/06/2009 |

| | | | |
|---|---|---|---|
| TX0006718632 | Seattle Times | 06/2009 | 09/08/2010 |
| TX0006684016 | Seattle Times | 06/2009 | 09/14/2009 |
| TX0006700131 | Seattle Times | 07/2009 | 11/12/2009 |
| TX0006700130 | Seattle Times | 08/2009 | 11/12/2009 |
| TX0006700041 | Seattle Times | 09/2009 | 12/31/2009 |
| TX0006701556 | Seattle Times | 10/2009 | 01/27/2010 |
| TX0006702301 | Seattle Times | 11/2009 | 03/15/2010 |
| TX0006702430 | Seattle Times | 12/2009 | 03/16/2010 |
| TX0006704028 | Seattle Times | 01/2010 | 04/15/2010 |
| TX0006704278 | Seattle Times | 02/2010 | 05/18/2010 |
| TX0006704864 | Seattle Times | 03/2010 | 07/01/2010 |
| TX0006705005 | Seattle Times | 04/2010 | 07/20/2010 |
| TX0006718561 | Seattle Times | 07/2010 | 10/13/2010 |
| TX0006718520 | Seattle Times | 08/2010 | 11/12/2010 |
| TX0006771516 | Seattle Times | 09/2010 | 01/13/2011 |
| TX0006771517 | Seattle Times | 10/2010 | 01/03/2011 |
| TX0006772258 | Seattle Times | 10/2010 | 01/31/2011 |
| TX0006772265 | Seattle Times | 11/2010 | 03/14/2011 |
| TX0006772266 | Seattle Times | 12/2010 | 03/14/2011 |
| TX0006776248 | Seattle Times | 01/2011 | 05/10/2011 |
| TX0006776250 | Seattle Times | 02/2011 | 05/10/2011 |
| TX0006778319 | Seattle Times | 03/2011 | 06/13/2011 |
| TX0006783644 | Seattle Times | 04/2011 | 07/29/2011 |
| TX0006788080 | Seattle Times | 05/2011 | 09/12/2011 |
| TX0006788101 | Seattle Times | 06/2011 | 09/27/2011 |
| TX0006789473 | Seattle Times | 07/2011 | 11/03/2011 |
| TX0006787690 | Seattle Times | 08/2011 | 12/12/2011 |
| TX0006787689 | Seattle Times | 09/2011 | 12/12/2011 |
| TX0006788771 | Seattle Times | 10/2011 | 01/25/2012 |
| TX0006788748 | Seattle Times | 11/2011 | 03/15/2012 |
| TX0006790403 | Seattle Times | 12/2011 | 03/15/2012 |
| TX0006788745 | Seattle Times | 01/2012 | 04/12/2012 |
| TX0006789534 | Seattle Times | 02/2012 | 05/21/2012 |
| TX0006612288 | Seattle Times | 03/2012 | 08/09/2012 |
| TX0006612296 | Seattle Times | 04/2012 | 08/09/2012 |
| TX0006789940 | Seattle Times | 05/2012 | 08/22/2012 |
| TX0006789939 | Seattle Times | 06/2012 | 08/22/2012 |
| TX0007724256 | Seattle Times | 07/2012 | 10/23/2012 |
| TX0007680937 | Seattle Times | 08/2012 | 11/13/2012 |
| TX0007804352 | Seattle Times | 09/2012 | 12/17/2012 |
| TX0007781435 | Seattle Times | 10/2012 | 12/19/2013 |
| TX0007724350 | The Seattle Times | 11/2012 | 02/08/2013 |
| TX0007724342 | Seattle Times | 12/2012 | 02/08/2013 |
| TX0007686912 | Seattle Times | 01/2013 | 03/26/2013 |
| TX0007742065 | Seattle Times | 02/2013 | 04/03/2013 |
| TX0007901593 | Seattle Times | 03/2013 | 05/23/2013 |
| TX0007736697 | Seattle Times | 04/2013 | 06/12/2013 |
| TX0007875416 | Seattle Times | 05/2013 | 07/07/2014 |
| TX0007888507 | The Seattle Times | 06/2013 | 09/04/2013 |
| TX0007886018 | Seattle Times | 07/2013 | 09/04/2013 |
| TX0007908652 | Seattle Times | 08/2013 | 09/10/2014 |
| TX0007884232 | SEATTLE TIMES | 09/2013 | 12/31/2013 |
| TX0007888569 | Seattle Times | 10/2013 | 12/12/2013 |
| TX0007999035 | SEATTLE TIMES | 11/2013 | 01/22/2014 |
| TX0008061244 | SEATTLE TIMES | 12/2013 | 03/14/2014 |
| TX0007987810 | SEATTLE TIMES | 01/2014 | 03/14/2014 |
| TX0007967446 | Seattle Times | 02/2014 | 06/25/2014 |
| TX0007966380 | Seattle Times | 03/2014 | 06/26/2014 |
| TX0007967492 | Seattle Times | 04/2014 | 06/26/2014 |
| TX0007972115 | Seattle Times | 05/2014 | 08/05/2014 |
| TX0007981655 | Seattle Times | 06/2014 | 08/05/2014 |
| TX0007966424 | SEATTLE TIMES | 07/2014 | 09/16/2014 |
| TX0008090825 | SEATTLE TIMES | 08/2014 | 12/18/2014 |
| TX0007999082 | SEATTLE TIMES | 09/2014 | 12/11/2014 |

| | | | |
|---|---|---|---|
| TX0008170495 | SEATTLE TIMES | 10/2014 | 04/01/2015 |
| TX0008158086 | Seattle Times | 11/2014 | 04/01/2015 |
| TX0008158110 | Seattle Times | 12/2014 | 04/01/2015 |
| TX0008170829 | SEATTLE TIMES | 01/2015 | 04/01/2015 |
| TX0008173845 | THE SEATTLE TIMES | 02/2015 | 04/06/2015 |
| TX0008182617 | SEATTLE TIMES | 03/2015 | 07/08/2015 |
| TX0008182759 | SEATTLE TIMES | 04/2015 | 07/09/2015 |
| TX0008238695 | SEATTLE TIMES | 05/2015 | 11/12/2015 |
| TX0008238738 | SEATTLE TIMES | 06/2015 | 11/12/2015 |
| TX0008238688 | SEATTLE TIMES | 07/2015 | 11/12/2015 |
| TX0008238701 | SEATTLE TIMES | 08/2015 | 11/12/2015 |
| TX0008256498 | THE SEATTLE TIMES | 09/2015 | 01/27/2016 |
| TX0008215616 | SEATTLE TIMES | 10/2015 | 01/28/2016 |
| TX0008242277 | SEATTLE TIMES | 11/2015 | 01/28/2016 |
| TX0008256528 | SEATTLE TIMES | 12/2015 | 03/03/2016 |
| TX0008263290 | SEATTLE TIMES | 01/2016 | 05/03/2016 |
| TX0008265784 | SEATTLE TIMES | 02/2016 | 05/03/2016 |
| TX0008331411 | SEATTLE TIMES | 03/2016 | 06/10/2016 |
| TX0008331384 | SEATTLE TIMES | 04/2016 | 06/10/2016 |
| TX0008331636 | SEATTLE TIMES | 05/2016 | 07/13/2016 |
| TX0008316000 | SEATTLE TIMES | 06/2016 | 08/01/2016 |
| TX0008338922 | SEATTLE TIMES | 07/2016 | 09/15/2016 |
| TX0008315129 | SEATTLE TIMES | 08/2016 | 10/21/2016 |
| TX0008342272 | SEATTLE TIMES | 09/2016 | 11/17/2016 |
| TX0008380650 | SEATTLE TIMES | 10/2016 | 12/05/2016 |
| TX0008363168 | SEATTLE TIMES | 11/2016 | 01/26/2017 |
| TX0008371435 | SEATTLE TIMES | 12/2016 | 02/21/2017 |
| TX0008396183 | SEATTLE TIMES | 01/2017 | 04/11/2017 |
| TX0008354267 | SEATTLE TIMES | 02/2017 | 03/28/2017 |
| TX0008396190 | SEATTLE TIMES | 03/2017 | 05/15/2017 |
| TX0008396193 | THE SEATTLE TIMES | 04/2017 | 06/08/2017 |
| TX0008408198 | SEATTLE TIMES | 05/2017 | 07/05/2017 |
| TX0008467980 | SEATTLE TIMES | 06/2017 | 08/04/2017 |
| TX0008447708 | SEATTLE TIMES | 07/2017 | 09/08/2017 |
| TX0008468838 | SEATTLE TIMES | 08/2017 | 10/12/2017 |
| TX0008469244 | Seattle Times | 09/2017 | 10/30/2017 |
| TX0008498138 | SEATTLE TIMES | 10/2017 | 11/27/2017 |
| TX0008496628 | Seattle Times | 11/2017 | 01/08/2018 |
| TX0008510719 | SEATTLE TIMES | 12/2017 | 02/07/2018 |
| TX0008591197 | Seattle Times | 01/2018 | 03/13/2018 |
| TX0008591931 | SEATTLE TIMES | 02/2018 | 04/06/2018 |
| TX0008789620 | Seattle Times | 03/2018 | 03/19/2019 |
| TX0008789810 | Seattle Times | 04/2018 | 03/19/2019 |
| TX0008789759 | Seattle Times | 05/2018 | 03/20/2019 |
| TX0008789374 | Seattle Times Company | 06/2018 | 03/22/2019 |
| TX0008789871 | Seattle Times Company | 07/2018 | 03/26/2019 |
| TX0008789843 | Seattle Times Company | 08/2018 | 03/26/2019 |
| TX0008785553 | Seattle Times Company | 09/2018 | 03/28/2019 |
| TX0008677868 | Seattle Times | 10/2018 | 12/31/2018 |
| TX0008785257 | Seattle Times Company | 11/2018 | 04/09/2019 |
| TX0008714578 | Seattle Times Company | 12/2018 | 04/26/2019 |
| TX0008794989 | Seattle Times Company | 01/2019 | 04/25/2019 |
| TX0008794755 | Seattle Times Company | 02/2019 | 04/29/2019 |
| TX0008796554 | Seattle Times Company | 03/2019 | 04/11/2019 |
| TX0008928560 | Seattle Times | 03/2019 | 01/20/2021 |
| TX0008789590 | Seattle Times Company | 04/2019 | 05/14/2019 |
| TX0008795271 | Seattle Times | 05/2019 | 06/12/2019 |
| TX0008801867 | Seattle Times | 06/2019 | 07/09/2019 |
| TX0008803386 | Seattle Times | 07/2019 | 07/31/2019 |
| TX0008821007 | Seattle Times | 08/2019 | 09/27/2019 |
| TX0008860859 | The Seattle Times | 09/2019 | 03/12/2020 |
| TX0008828158 | Seattle Times | 10/2019 | 12/17/2019 |
| TX0008923550 | Seattle Times | 11/2019 | 12/03/2020 |
| TX0008923533 | Seattle Times | 12/2019 | 12/03/2020 |

| | | | |
|---|---|---|---|
| TX0008923466 | Seattle Times | 01/2020 | 12/04/2020 |
| TX0008924262 | Seattle Times | 02/2020 | 12/04/2020 |
| TX0009025124 | Seattle Times | 03/2020 | 10/21/2021 |
| TX0008924038 | Seattle Times | 04/2020 | 12/09/2020 |
| TX0008924008 | Seattle Times | 05/2020 | 12/09/2020 |
| TX0008933046 | Seattle Times | 06/2020 | 12/09/2020 |
| TX0008927666 | Seattle Times | 07/2020 | 12/11/2020 |
| TX0008928832 | Seattle Times | 08/2020 | 12/18/2020 |
| TX0008929085 | Seattle Times | 09/2020 | 12/31/2020 |
| TX0008956101 | Seattle Times | 10/2020 | 03/23/2021 |
| TX0008957494 | Seattle Times | 11/2020 | 03/24/2021 |
| TX0008957805 | Seattle Times | 12/2020 | 03/24/2021 |
| TX0008958088 | Seattle Times | 01/2021 | 03/31/2021 |
| TX0008965149 | Seattle Times | 02/2021 | 04/14/2021 |
| TX0008995212 | Seattle Times | 03/2021 | 07/08/2021 |
| TX0008997848 | Seattle Times | 04/2021 | 07/09/2021 |
| TX0009024656 | Seattle Times | 05/2021 | 09/01/2021 |
| TX0009024638 | Seattle Times | 06/2021 | 09/01/2021 |
| TX0009074803 | Seattle Times | 07/2021 | 10/19/2021 |
| TX0009106250 | Seattle Times | 08/2021 | 04/09/2022 |
| TX0009101627 | Seattle Times | 09/2021 | 11/30/2021 |
| TX0009109163 | Seattle Times | 10/2021 | 12/03/2021 |
| TX0009122764 | Seattle Times | 11/2021 | 01/13/2022 |
| TX0009140415 | Seattle Times | 12/2021 | 03/17/2022 |
| TX0009140058 | Seattle Times | 01/2022 | 03/17/2022 |
| TX0009139961 | Seattle Times | 02/2022 | 03/17/2022 |
| TX0009148224 | Seattle Times | 03/2022 | 04/12/2022 |
| TX0009157712 | Seattle Times | 04/2022 | 05/13/2022 |
| TX0009175936 | Seattle Times | 05/2022 | 07/20/2022 |
| TX0009175929 | Seattle Times | 06/2022 | 07/21/2022 |
| TX0009184610 | Seattle Times | 07/2022 | 09/01/2022 |
| TX0009230706 | Seattle Times | 08/2022 | 11/30/2022 |
| TX0009237938 | Seattle Times | 09/2022 | 03/23/2023 |
| TX0009238486 | Seattle Times | 10/2022 | 03/24/2023 |
| TX0009255606 | Seattle Times | 11/2022 | 12/19/2022 |
| TX0009269935 | Seattle Times | 12/2022 | 06/01/2023 |
| TX0009279159 | Seattle Times | 01/2023 | 03/24/2023 |
| TX0009293248 | Seattle Times | 02/2023 | 06/01/2023 |
| TX0009292724 | Seattle Times | 03/2023 | 06/01/2023 |
| TX0009318417 | Seattle Times | 04/2023 | 09/01/2023 |
| TX0009318447 | Seattle Times | 05/2023 | 09/05/2023 |
| TX0009318830 | Seattle Times | 06/2023 | 09/06/2023 |
| TX0009318816 | Seattle Times | 07/2023 | 09/05/2023 |
| TX0009322412 | Seattle Times | 08/2023 | 09/22/2023 |
| TX0009332226 | Seattle Times | 09/2023 | 11/07/2023 |
| TX0009333625 | Seattle Times | 10/2023 | 11/07/2023 |
| TX0009352984 | Seattle Times | 11/2023 | 12/08/2023 |
| TX0009360039 | Seattle Times | 12/2023 | 02/02/2024 |
| TX0009373630 | Seattle Times | 01/2024 | 02/02/2024 |
| TX0009389742 | The Seattle Times | 02/2024 | 04/01/2024 |
| TX0009389738 | Seattle Times | 03/2024 | 04/01/2024 |
| TX0009402784 | Seattle Times | 04/2024 | 05/01/2024 |
| TX0009413229 | Seattle Times | 05/2024 | 06/03/2024 |
| TX0009435745 | Seattle Times | 06/2024 | 08/27/2024 |
| TX0009437317 | Seattle Times | 07/2024 | 08/27/2024 |
| TX0009450581 | Seattle Times | 08/2024 | 10/25/2024 |
| TX0009471498 | The Seattle Times | 09/2024 | 01/07/2025 |
| TX0009474142 | The Seattle Times | 10/2024 | 01/07/2025 |
| TX0009476956 | Seattle Times | 11/2024 | 01/15/2025 |
| TX0009476894 | Seattle Times | 12/2024 | 01/15/2025 |
| TX0009508063 | Seattle Times | 01/2025 | 04/23/2025 |
| TX0009522365 | Seattle Times | 02/2025 | 05/29/2025 |
| TX0009522308 | Seattle Times | 03/2025 | 05/29/2025 |
| TX0009527911 | Seattle Times | 04/2025 | 06/11/2025 |

| | | | |
|---|---|---|---|
| TX0009527927 | Seattle Times | 05/2025 | 06/13/2025 |
| TX0009543616 | The Seattle Times | 06/2025 | 08/13/2025 |
| TX0009581538 | Seattle Times | 08/2025 | 11/04/2025 |
| TX0009581943 | Seattle Times | 09/2025 | 11/04/2025 |
| TX0009576241 | Seattle Times | 10/2025 | 11/04/2025 |
| TX0009613611 | Seattle Times | 11/2025 | 05/05/2026 |
| TX0009613586 | Seattle Times | 12/2025 | 05/05/2026 |
| TX0009613532 | Seattle Times | 01/2026 | 05/05/2026 |
| TX0009611082 | Seattle Times | 02/2026 | 05/05/2026 |
| TX0009611044 | Seattle Times | 03/2026 | 05/05/2026 |

# Title of Work: seattletimes.com

| Registration Number | Author / Claimant | Issue / Publication Date (Month, Year) | Registration Date |
|---|---|---|---|
| TX0009461310 | The Seattle Times | 09/2024 | 10/11/2024 |
| TX0009462884 | The Seattle Times | 10/2024 | 12/14/2024 |
| TX0009528845 | Seattle Times | 11/2024 | 12/11/2024 |
| TX0009524624 | Seattle Times | 12/2024 | 04/03/2025 |
| TX0009524607 | Seattle Times | 01/2025 | 04/03/2025 |
| TX0009524888 | Seattle Times | 02/2025 | 04/03/2025 |
| TX0009578643 | Seattle Times | 03/2025 | 09/17/2025 |
| TX0009558199 | Seattle Times | 04/2025 | 09/17/2025 |
| TX0009558387 | Seattle Times | 05/2025 | 09/17/2025 |
| TX0009558401 | Seattle Times | 06/2025 | 09/17/2025 |
| TX0009558188 | Seattle Times | 07/2025 | 09/17/2025 |
| TX0009558423 | Seattle Times | 08/2025 | 09/17/2025 |
| TX0009585565 | Seattle Times | 09/2025 | 01/07/2026 |
| TX0009588328 | Seattle Times | 10/2025 | 01/30/2026 |
| TX0009591209 | Seattle Times, The | 11/2025 | 02/06/2026 |
| TX0009590818 | Seattle Times | 12/2025 | 02/08/2026 |
| TX0009618502 | The Seattle Times | 01/2026 | 03/03/2026 |
| TX0009602023 | Seattle Times | 02/2026 | 04/24/2026 |
| TX0009616200 | Seattle Times | 03/2026 | 04/27/2026 |

## Misc. Works

| Registration Number | Author / Claimant | Full Title | Registration Date |
|---|---|---|---|
| TX0007694795 | SEATTLE TIMES | ELWHA a river reborn. | 03/18/2013 |
| VA0002113788 | THE SEATTLE TIMES seattletimes.com | KJELL REDAL PUBLISHED PHOTOGRAPHS 2017. | 09/01/2017 |
| VA0002078120 | THE SEATTLE TIMES/seattletimes.com | KEN LAMBERT PUBLISHED PHOTOGRAPHS 2017. | 08/03/2017 |
| VA0002078115 | The Seattle Times/seattletimes.com | DEAN RUTZ PUBLISHED PHOTOGRAPHS 2017. | 08/03/2017 |
| VA0002113793 | THE SEATTLE TIMES seattletimes.com | DEAN RUTZ PUBLISHED PHOTOGRAPHS 2017. | 09/05/2017 |
| VA0002113813 | THE SEATTLE TIMES, seattletimes.com | ELLEN M. BANNER PUBLISHED PHOTOGRAPHS 2017. | 08/30/2017 |
| VA0002113837 | THE SEATTLE TIMES seattletimes.com | DEAN RUTZ PUBLISHED PHOTOGRAPHS 2017. | 09/05/2017 |
| TX0008740931 | The Seattle Times | RESCUING RIALTO: A BABY SEA OTTER'S STORY. | 04/19/2019 |
| TX0009110883 | The Seattle Times | Orca. | 09/21/2021 |