# EXHIBIT 2

# Newsday Registered Works

## Title of Work: Newsday, Queens Edition

| Registration Number | Author / Claimant | Issue Registered (Month / Year) | Registration Date |
|---|---|---|---|
| TX0004185149 | Newsday, Inc. | 01/1996 | 04/08/1996 |
| TX0004211528 | Newsday, Inc. | 02/1996 | 05/09/1996 |
| TX0004243243 | Newsday, Inc. | 03/1996 | 06/14/1996 |
| TX0004304996 | Newsday, Inc. | 04/1996 | 07/17/1996 |
| TX0004336862 | Newsday, Inc. | 05/1996 | 09/19/1996 |
| TX0004336864 | Newsday, Inc. | 06/1996 | 09/19/1996 |
| TX0004339987 | Newsday, Inc. | 07/1996 | 10/10/1996 |
| TX0004348900 | Newsday, Inc. | 08/1996 | 10/23/1996 |
| TX0004399399 | Newsday, Inc. | 10/1996 | 01/07/1997 |
| TX0004508071 | Newsday, Inc. | 11/1996 | 02/20/1997 |
| TX0004458815 | Newsday, Inc. | 12/1996 | 05/02/1997 |
| TX0004477809 | Newsday, Inc. | 01/1997 | 04/28/1997 |
| TX0004477811 | Newsday, Inc. | 02/1997 | 06/10/1997 |
| TX0004477810 | Newsday, Inc. | 03/1997 | 06/10/1997 |
| TX0004536249 | Newsday, Inc. | 04/1997 | 08/21/1997 |
| TX0004536240 | Newsday, Inc. | 05/1997 | 08/21/1997 |
| TX0004548114 | Newsday, Inc. | 06/1997 | 10/02/1997 |
| TX0004557185 | Newsday, Inc. | 07/1997 | 10/27/1997 |
| TX0004578186 | Newsday, Inc. | 08/1997 | 11/19/1997 |
| TX0004572892 | Newsday, Inc. | 09/1997 | 12/04/1997 |
| TX0004612349 | Newsday, Inc. | 10/1997 | 01/28/1998 |
| TX0004616485 | Newsday, Inc. | 11/1997 | 02/18/1998 |
| TX0004637971 | Newsday, Inc. | 12/1997 | 03/12/1998 |
| TX0004661083 | Newsday, Inc. | 01/1998 | 04/21/1998 |
| TX0004688381 | Newsday, Inc. | 02/1998 | 05/21/1998 |
| TX0004710245 | Newsday, Inc. | 03/1998 | 06/17/1998 |
| TX0004722489 | Newsday, Inc. | 04/1998 | 07/21/1998 |
| TX0004741401 | Newsday, Inc. | 05/1998 | 09/01/1998 |
| TX0004765844 | Newsday, Inc. | 06/1998 | 09/17/1998 |
| TX0004778932 | Newsday, Inc. | 07/1998 | 10/15/1998 |
| TX0004788059 | Newsday, Inc. | 08/1998 | 11/12/1998 |
| TX0004646826 | Newsday, Inc. | 09/1998 | 12/07/1998 |
| TX0004827407 | Newsday, Inc. | 10/1998 | 01/27/1999 |
| TX0004836926 | Newsday, Inc. | 11/1998 | 02/09/1999 |
| TX0004858649 | Newsday, Inc. | 12/1998 | 03/11/1999 |
| TX0004870861 | Newsday, Inc. | 01/1999 | 04/08/1999 |
| TX0004894364 | Newsday, Inc. | 02/1999 | 05/28/1999 |
| TX0004919686 | Newsday, Inc. | 03/1999 | 06/09/1999 |
| TX0004935331 | Newsday, Inc. | 04/1999 | 07/01/1999 |
| TX0004969231 | Newsday, Inc. | 05/1999 | 08/11/1999 |
| TX0004986841 | Newsday, Inc. | 06/1999 | 10/27/1999 |
| TX0004987165 | Newsday, Inc. | 07/1999 | 11/04/1999 |
| TX0005132889 | Newsday, Inc. | 08/1999 | 11/12/1999 |
| TX0005028451 | Newsday, Inc. | 09/1999 | 12/09/1999 |
| TX0005041556 | Newsday, Inc. | 10/1999 | 01/21/2000 |
| TX0005369226 | Newsday, Inc. | 11/1999 | 02/15/2000 |
| TX0005062089 | Newsday, Inc. | 12/1999 | 03/17/2000 |
| TX0005090457 | Newsday, Inc. | 01/2000 | 04/26/2000 |
| TX0005093580 | Newsday, Inc. | 02/2000 | 05/11/2000 |
| TX0005115643 | Newsday, Inc. | 03/2000 | 06/08/2000 |

| | | | |
|---|---|---|---|
| TX0005139830 | Newsday, Inc. | 04/2000 | 07/27/2000 |
| TX0005156565 | Newsday, Inc. | 05/2000 | 08/03/2000 |
| TX0005164169 | Newsday, Inc. | 06/2000 | 09/11/2000 |
| TX0005174077 | Newsday, Inc. | 07/2000 | 10/27/2000 |
| TX0005193590 | Newsday, Inc. | 08/2000 | 11/14/2000 |
| TX0005235698 | Newsday, Inc. | 09/2000 | 12/12/2000 |
| TX0005274367 | Newsday, Inc. | 10/2000 | 01/30/2001 |
| TX0005271950 | Newsday, Inc. | 11/2000 | 03/22/2001 |
| TX0005271951 | Newsday, Inc. | 12/2000 | 03/22/2001 |
| TX0005298874 | Newsday, Inc. | 01/2001 | 05/07/2001 |
| TX0005298896 | Newsday, Inc. | 02/2001 | 05/07/2001 |
| TX0005328210 | Newsday, Inc. | 03/2001 | 06/04/2001 |
| TX0005348211 | Newsday, Inc. | 04/2001 | 07/11/2001 |
| TX0005355365 | Newsday, Inc. | 05/2001 | 08/06/2001 |
| TX0005376994 | Newsday, Inc. | 06/2001 | 08/29/2001 |
| TX0005395988 | Newsday, Inc. | 07/2001 | 10/10/2001 |
| TX0005396052 | Newsday, Inc. | 08/2001 | 11/02/2001 |
| TX0005480296 | Newsday, Inc. | 09/2001 | 01/10/2002 |
| TX0005426304 | Newsday, Inc. | 10/2001 | 01/10/2002 |
| TX0005524428 | Newsday, Inc. | 02/2001 | 04/23/2002 |

## Title of Work: Newsday, New York City Edition

| Registration Number | Author / Claimant | Issue Registered (Month / Year) | Registration Date |
|---|---|---|---|
| TX0005480286 | Newsday, Inc. | 11/2001 | 02/08/2002 |
| TX0005582099 | Newsday, Inc. | 12/2001 | 03/22/2002 |
| TX0005502722 | Newsday, Inc. | 01/2002 | 04/12/2002 |
| TX0005532422 | Newsday, Inc. | 03/2002 | 06/07/2002 |
| TX0005599832 | Newsday, Inc. | 04/2002 | 07/01/2002 |
| TX0005582086 | Newsday, Inc. | 05/2002 | 08/28/2002 |
| TX0006348841 | Newsday, Inc. | 06/2002 | 09/30/2002 |
| TX0005647160 | Newsday, Inc. | 07/2002 | 11/07/2002 |
| TX0005654191 | Newsday, Inc. | 08/2002 | 01/15/2003 |
| TX0005654165 | Newsday, Inc. | 09/2002 | 02/03/2003 |
| TX0005747607 | Newsday, Inc. | 10/2002 | 04/15/2003 |
| TX0005668836 | Newsday, Inc. | 11/2002 | 03/03/2003 |
| TX0006060869 | Newsday, Inc. | 12/2002 | 03/21/2003 |
| TX0005673124 | Newsday, Inc. | 01/2003 | 05/09/2003 |
| TX0005673127 | Newsday, Inc. | 02/2003 | 06/25/2003 |
| TX0005809511 | Newsday, Inc. | 03/2003 | 10/06/2003 |
| TX0005806839 | Newsday, Inc. | 04/2003 | 09/11/2003 |
| TX0005807921 | Newsday, Inc. | 05/2003 | 07/29/2003 |
| TX0005809510 | Newsday, Inc. | 06/2003 | 10/07/2003 |
| TX0005807218 | Newsday, Inc. | 07/2003 | 11/10/2003 |
| TX0005870318 | Newsday, Inc. | 08/2003 | 12/17/2003 |
| TX0005874217 | Newsday, Inc. | 09/2003 | 01/06/2004 |
| TX0005874219 | Newsday, Inc. | 10/2003 | 01/06/2004 |
| TX0005892644 | Newsday, Inc. | 11/2003 | 02/09/2004 |
| TX0005921941 | Newsday, Inc. | 12/2003 | 03/30/2004 |
| TX0006033106 | Newsday, Inc. | 04/2004 | 09/24/2004 |
| TX0006033103 | Newsday, Inc. | 05/2004 | 09/24/2004 |
| TX0006181988 | Newsday, Inc. | 12/2004 | 06/28/2005 |
| TX0006172176 | Newsday, Inc. | 01/2005 | 05/23/2005 |
| TX0006181983 | Newsday, Inc. | 02/2005 | 06/28/2005 |
| TX0006187431 | Newsday, Inc. | 04/2005 | 07/01/2005 |
| TX0006204747 | Newsday, Inc. | 05/2005 | 08/17/2005 |
| TX0006215808 | Newsday, Inc. | 06/2005 | 09/07/2005 |
| TX0006331282 | Newsday, Inc. | 07/2005 | 01/18/2006 |
| TX0006331284 | Newsday, Inc. | 08/2005 | 01/18/2006 |
| TX0006285627 | Newsday, Inc. | 09/2005 | 01/24/2006 |
| TX0006331173 | Newsday, Inc. | 10/2005 | 03/22/2003 |
| TX0006326538 | Newsday, Inc. | 11/2005 | 03/22/2006 |
| TX0006340442 | Newsday, Inc. | 12/2005 | 05/26/2006 |
| TX0006337631 | Newsday, Inc. | 01/2006 | 05/08/2006 |
| TX0006340439 | Newsday, Inc. | 02/2006 | 05/12/2006 |
| TX0006422122 | Newsday, Inc. | 03/2006 | 07/28/2006 |
| TX0006411147 | Newsday, Inc. | 04/2006 | 07/28/2006 |
| TX0006481519 | Newsday, Inc. | 05/2006 | 09/20/2006 |
| TX0006431404 | Newsday, Inc. | 06/2006 | 09/20/2006 |
| TX0006481490 | Newsday, Inc. | 07/2006 | 11/20/2006 |
| TX0006497061 | Newsday, Inc. | 08/2006 | 01/09/2007 |

| | | | |
|---|---|---|---|
| TX0006613948 | Newsday, Inc. | 12/2006 | 04/07/2007 |
| TX0006550502 | Newsday, Inc. | 01/2007 | 04/18/2007 |
| TX0006575590 | Newsday, Inc. | 02/2007 | 05/22/2007 |
| TX0006588023 | Newsday, Inc. | 03/2007 | 06/25/2007 |
| TX0006614532 | Newsday, Inc. | 04/2007 | 07/27/2007 |
| TX0006627922 | Newsday, Inc. | 05/2007 | 08/15/2007 |
| TX0006662974 | Newsday, Inc. | 06/2007 | 09/17/2007 |
| TX0006664703 | Newsday, Inc. | 07/2007 | 11/01/2007 |
| TX0006644359 | Newsday, Inc. | 08/2007 | 12/17/2007 |
| TX0006644613 | Newsday, Inc. | 09/2007 | 01/17/2008 |
| TX0006660354 | Newsday, Inc. | 10/2007 | 04/04/2008 |
| TX0006647521 | Newsday, Inc. | 11/2007 | 02/01/2008 |
| TX0006647033 | Newsday, Inc. | 12/2007 | 04/07/2008 |
| TX0006647037 | Newsday, Inc. | 01/2008 | 05/21/2008 |
| TX0006647073 | Newsday, Inc. | 02/2008 | 05/21/2008 |
| TX0006662485 | Newsday, Inc. | 03/2008 | 07/30/2008 |
| TX0006662648 | Newsday, Inc. | 04/2008 | 07/25/2008 |
| TX0006662579 | Newsday, Inc. | 05/2008 | 10/10/2008 |
| TX0006685314 | Newsday, Inc. | 06/2008 | 10/14/2008 |
| TX0006664890 | Newsday, Inc. | 07/2008 | 01/12/2009 |
| TX0006664893 | Newsday, Inc. | 08/2008 | 01/09/2009 |
| TX0006665179 | Newsday, Inc. | 09/2008 | 01/09/2009 |
| TX0006664887 | Newsday, Inc. | 10/2008 | 01/12/2009 |
| TX0006683931 | Newsday, Inc. | 11/2008 | 03/20/2009 |
| TX0006679492 | Newsday, Inc. | 12/2008 | 04/16/2009 |
| TX0006631436 | Newsday, Inc. | 01/2009 | 05/19/2009 |
| TX0006679366 | Newsday, Inc. | 02/2009 | 06/12/2009 |
| TX0006683974 | Newsday, Inc. | 03/2009 | 07/14/2009 |
| TX0006685689 | Newsday, Inc. | 04/2009 | 09/22/2009 |
| TX0006685679 | Newsday, Inc. | 05/2009 | 09/22/2009 |
| TX0006702366 | Newsday, Inc. | 07/2009 | 01/13/2010 |
| TX0006701605 | Newsday, Inc. | 08/2009 | 01/13/2010 |
| TX0006701617 | Newsday, Inc. | 09/2009 | 01/14/2010 |
| TX0006704025 | Newsday, Inc. | 10/2009 | 04/02/2010 |
| TX0006704077 | Newsday, Inc. | 11/2009 | 04/02/2010 |
| TX0006703993 | Newsday, Inc. | 12/2009 | 04/02/2010 |

## Title of Work: Newsday, Suffolk Edition

| Registration Number | Author / Claimant | Issue Registered (Month / Year) | Registration Date |
|---|---|---|---|
| TX0004185140 | Newsday, Inc. | 01/1996 | 04/08/1996 |
| TX0004211477 | Newsday, Inc. | 02/1996 | 05/09/1996 |
| TX0004243245 | Newsday, Inc. | 03/1996 | 06/14/1996 |
| TX0004304995 | Newsday, Inc. | 04/1996 | 07/17/1996 |
| TX0004336865 | Newsday, Inc. | 05/1996 | 09/19/1996 |
| TX0004336866 | Newsday, Inc. | 06/1996 | 09/19/1996 |
| TX0004339996 | Newsday, Inc. | 07/1996 | 10/10/1996 |
| TX0004356471 | Newsday, Inc. | 08/1996 | 10/23/1996 |
| TX0004399400 | Newsday, Inc. | 10/1996 | 01/07/1997 |
| TX0004508070 | Newsday, Inc. | 11/1996 | 02/20/1997 |
| TX0004505170 | Newsday, Inc. | 12/1996 | 05/02/1997 |
| TX0004513000 | Newsday, Inc. | 01/1997 | 04/28/1997 |
| TX0004477813 | Newsday, Inc. | 02/1997 | 06/10/1997 |
| TX0004477812 | Newsday, Inc. | 03/1997 | 06/10/1997 |
| TX0004536248 | Newsday, Inc. | 04/1997 | 08/21/1997 |
| TX0004536243 | Newsday, Inc. | 05/1997 | 08/01/1997 |
| TX0004548071 | Newsday, Inc. | 06/1997 | 10/02/1997 |
| TX0004557184 | Newsday, Inc. | 07/1997 | 10/27/1997 |
| TX0004580586 | Newsday, Inc. | 08/1997 | 11/19/1997 |
| TX0004572893 | Newsday, Inc. | 09/1997 | 12/04/1997 |
| TX0004612350 | Newsday, Inc. | 10/1997 | 01/28/1998 |
| TX0004616484 | Newsday, Inc. | 11/1997 | 02/18/1998 |
| TX0004637991 | Newsday, Inc. | 12/1997 | 03/12/1998 |
| TX0004688380 | Newsday, Inc. | 02/1998 | 05/21/1998 |
| TX0004710182 | Newsday, Inc. | 03/1998 | 06/17/1998 |
| TX0004710247 | Newsday, Inc. | 04/1998 | 07/21/1998 |
| TX0004740494 | Newsday, Inc. | 05/1998 | 09/01/1998 |
| TX0004765842 | Newsday, Inc. | 06/1998 | 09/17/1998 |
| TX0004778988 | Newsday, Inc. | 07/1998 | 10/15/1998 |
| TX0004793689 | Newsday, Inc. | 08/1998 | 11/12/1998 |
| TX0004646825 | Newsday, Inc. | 09/1998 | 12/07/1998 |
| TX0004835762 | Newsday, Inc. | 10/1998 | 01/27/1999 |
| TX0004835737 | Newsday, Inc. | 11/1998 | 02/09/1999 |
| TX0004858648 | Newsday, Inc. | 12/1998 | 03/11/1999 |
| TX0004870890 | Newsday, Inc. | 01/1999 | 04/08/1999 |
| TX0004894365 | Newsday, Inc. | 02/1999 | 05/28/1999 |
| TX0004911369 | Newsday, Inc. | 03/1999 | 06/09/1999 |
| TX0004935332 | Newsday, Inc. | 04/1999 | 07/01/1999 |
| TX0004960348 | Newsday, Inc. | 05/1999 | 08/11/1999 |
| TX0004986840 | Newsday, Inc. | 06/1999 | 10/27/1999 |
| TX0004986998 | Newsday, Inc. | 07/1999 | 11/04/1999 |
| TX0005132897 | Newsday, Inc. | 08/1999 | 11/12/1999 |
| TX0005009756 | Newsday, Inc. | 09/1999 | 12/09/1999 |
| TX0005041589 | Newsday, Inc. | 10/1999 | 01/21/2000 |

| | | | |
|---|---|---|---|
| TX0005369225 | Newsday, Inc. | 11/1999 | 02/15/2000 |
| TX0005062088 | Newsday, Inc. | 12/1999 | 03/17/2000 |
| TX0005090456 | Newsday, Inc. | 01/2000 | 04/26/2000 |
| TX0005093579 | Newsday, Inc. | 02/2000 | 05/11/2000 |
| TX0005115642 | Newsday, Inc. | 03/2000 | 06/08/2000 |
| TX0005139829 | Newsday, Inc. | 04/2000 | 07/27/2000 |
| TX0005161814 | Newsday, Inc. | 05/2000 | 08/03/2000 |
| TX0005198631 | Newsday, Inc. | 06/2000 | 09/11/2000 |
| TX0005174078 | Newsday, Inc. | 07/2000 | 10/27/2000 |
| TX0005193586 | Newsday, Inc. | 08/2000 | 11/14/2000 |
| TX0005234381 | Newsday, Inc. | 09/2000 | 12/12/2000 |
| TX0005274368 | Newsday, Inc. | 10/2000 | 01/30/2001 |
| TX0005271931 | Newsday, Inc. | 11/2000 | 03/22/2001 |
| TX0005271953 | Newsday, Inc. | 12/2000 | 03/22/2001 |
| TX0005298873 | Newsday, Inc. | 01/2001 | 05/07/2001 |
| TX0005298872 | Newsday, Inc. | 02/2001 | 05/07/2001 |
| TX0005328211 | Newsday, Inc. | 03/2001 | 06/04/2001 |
| TX0005348207 | Newsday, Inc. | 04/2001 | 07/11/2001 |
| TX0005355318 | Newsday, Inc. | 05/2001 | 08/06/2001 |
| TX0005376993 | Newsday, Inc. | 06/2001 | 08/29/2001 |
| TX0005395994 | Newsday, Inc. | 07/2001 | 10/10/2001 |
| TX0005396071 | Newsday, Inc. | 08/2001 | 11/02/2001 |
| TX0005426276 | Newsday, Inc. | 09/2001 | 01/10/2002 |
| TX0005426278 | Newsday, Inc. | 10/2001 | 01/10/2002 |
| TX0005480287 | Newsday, Inc. | 11/2001 | 02/08/2002 |
| TX0005582100 | Newsday, Inc. | 12/2001 | 03/22/2002 |
| TX0005502721 | Newsday, Inc. | 01/2002 | 04/12/2002 |
| TX0005518590 | Newsday, Inc. | 02/2002 | 04/23/2002 |
| TX0005532415 | Newsday, Inc. | 03/2002 | 06/07/2002 |
| TX0005654166 | Newsday, Inc. | 04/2002 | 07/01/2002 |
| TX0005582026 | Newsday, Inc. | 05/2002 | 08/28/2002 |
| TX0006348842 | Newsday, Inc. | 06/2002 | 09/30/2002 |
| TX0005647210 | Newsday, Inc. | 07/2002 | 11/07/2002 |
| TX0005654194 | Newsday, Inc. | 08/2002 | 01/15/2003 |
| TX0005654164 | Newsday, Inc. | 09/2002 | 02/03/2003 |
| TX0005747605 | Newsday, Inc. | 10/2002 | 04/15/2003 |
| TX0005668845 | Newsday, Inc. | 11/2002 | 03/03/2003 |
| TX0005683806 | Newsday, Inc. | 12/2002 | 03/21/2003 |
| TX0005734182 | Newsday, Inc. | 01/2003 | 05/09/2003 |
| TX0005673125 | Newsday, Inc. | 02/2003 | 06/25/2003 |
| TX0005809513 | Newsday, Inc. | 03/2003 | 10/06/2003 |
| TX0005806838 | Newsday, Inc. | 04/2003 | 09/11/2003 |
| TX0005807920 | Newsday, Inc. | 05/2003 | 07/29/2003 |
| TX0005809512 | Newsday, Inc. | 06/2003 | 10/07/2003 |
| TX0005868341 | Newsday, Inc. | 07/2003 | 11/10/2003 |
| TX0005870304 | Newsday, Inc. | 08/2003 | 12/17/2003 |

| | | | |
|---|---|---|---|
| TX0005873904 | Newsday, Inc. | 09/2003 | 01/06/2004 |
| TX0005874629 | Newsday, Inc. | 10/2003 | 01/06/2004 |
| TX0005892683 | Newsday, Inc. | 11/2003 | 02/09/2004 |
| TX0005921942 | Newsday, Inc. | 12/2003 | 03/30/2004 |
| TX0006033158 | Newsday, Inc. | 01/2004 | 09/24/2004 |
| TX0006069404 | Newsday, Inc. | 02/2004 | 09/22/2004 |
| TX0006033128 | Newsday, Inc. | 03/2004 | 09/24/2004 |
| TX0006033105 | Newsday, Inc. | 04/2004 | 09/24/2004 |
| TX0006069396 | Newsday, Inc. | 05/2004 | 09/24/2004 |
| TX0006093703 | Newsday, Inc. | 06/2004 | 09/09/2004 |
| TX0006143091 | Newsday, Inc. | 07/2004 | 04/13/2004 |
| TX0006143090 | Newsday, Inc. | 08/2004 | 04/14/2004 |
| TX0006110307 | Newsday, Inc. | 09/2004 | 12/29/2004 |
| TX0006110262 | Newsday, Inc. | 10/2004 | 01/25/2005 |
| TX0006129167 | Newsday, Inc. | 11/2004 | 04/04/2005 |
| TX0006181982 | Newsday, Inc. | 12/2004 | 06/28/2005 |
| TX0006172175 | Newsday, Inc. | 01/2005 | 05/23/2005 |
| TX0006182593 | Newsday, Inc. | 02/2005 | 06/28/2005 |
| TX0006285626 | Newsday, Inc. | 03/2005 | 10/25/2005 |
| TX0006187435 | Newsday, Inc. | 04/2005 | 07/01/2005 |
| TX0006204748 | Newsday, Inc. | 05/2005 | 08/17/2005 |
| TX0006215950 | Newsday, Inc. | 06/2005 | 09/07/2005 |
| TX0006331279 | Newsday, Inc. | 07/2005 | 01/18/2006 |
| TX0006331283 | Newsday, Inc. | 08/2005 | 01/18/2006 |
| TX0006285628 | Newsday, Inc. | 09/2005 | 01/24/2006 |
| TX0006313815 | Newsday, Inc. | 10/2005 | 03/22/2006 |
| TX0006326537 | Newsday, Inc. | 11/2005 | 03/22/2006 |
| TX0006340444 | Newsday, Inc. | 12/2005 | 05/26/2006 |
| TX0006337630 | Newsday, Inc. | 01/2006 | 05/08/2006 |
| TX0006340440 | Newsday, Inc. | 02/2006 | 05/12/2006 |
| TX0006422123 | Newsday, Inc. | 03/2006 | 07/28/2006 |
| TX0006422036 | Newsday, Inc. | 04/2006 | 07/28/2006 |
| TX0006481518 | Newsday, Inc. | 05/2006 | 11/27/2006 |
| TX0006431405 | Newsday, Inc. | 06/2006 | 09/20/2006 |
| TX0006481491 | Newsday, Inc. | 07/2006 | 11/20/2006 |
| TX0006497060 | Newsday, Inc. | 08/2006 | 01/09/2007 |
| TX0006498549 | Newsday, Inc. | 09/2006 | 01/05/2007 |
| TX0006520774 | Newsday, Inc. | 10/2006 | 02/21/2007 |
| TX0006551523 | Newsday, Inc. | 11/2006 | 04/02/2007 |
| TX0006613951 | Newsday, Inc. | 12/2006 | 04/07/2007 |
| TX0006550501 | Newsday, Inc. | 01/2007 | 04/18/2007 |
| TX0006575588 | Newsday, Inc. | 02/2007 | 05/22/2007 |
| TX0006588021 | Newsday, Inc. | 03/2007 | 06/25/2007 |
| TX0006614533 | Newsday, Inc. | 04/2007 | 07/27/2007 |
| TX0006627923 | Newsday, Inc. | 05/2007 | 08/15/2007 |
| TX0006662973 | Newsday, Inc. | 06/2007 | 09/17/2007 |

| | | | |
|---|---|---|---|
| TX0006664704 | Newsday, Inc. | 07/2007 | 11/01/2007 |
| TX0006644358 | Newsday, Inc. | 08/2007 | 12/17/2007 |
| TX0006644612 | Newsday, Inc. | 09/2007 | 01/17/2008 |
| TX0006660352 | Newsday, Inc. | 10/2007 | 04/04/2008 |
| TX0006647524 | Newsday, Inc. | 11/2007 | 02/08/2008 |
| TX0006647034 | Newsday, Inc. | 12/2007 | 04/07/2008 |
| TX0006647036 | Newsday, Inc. | 01/2008 | 05/21/2008 |
| TX0006647075 | Newsday, Inc. | 02/2008 | 05/21/2008 |
| TX0006662487 | Newsday, Inc. | 03/2008 | 07/30/2008 |
| TX0006662658 | Newsday, Inc. | 04/2008 | 07/25/2008 |
| TX0006662580 | Newsday, Inc. | 05/2008 | 10/10/2008 |
| TX0006685313 | Newsday, Inc. | 06/2008 | 10/14/2008 |
| TX0006664889 | Newsday, Inc. | 07/2008 | 01/12/2009 |
| TX0006664892 | Newsday, Inc. | 08/2008 | 01/09/2009 |
| TX0006665178 | Newsday, Inc. | 09/2008 | 01/09/2009 |
| TX0006664886 | Newsday, Inc. | 10/2008 | 01/12/2009 |
| TX0006683928 | Newsday, Inc. | 11/2008 | 03/20/2009 |
| TX0006679490 | Newsday, Inc. | 12/2008 | 04/16/2009 |
| TX0006631437 | Newsday, Inc. | 01/2009 | 05/19/2009 |
| TX0006679369 | Newsday, Inc. | 02/2009 | 06/12/2009 |
| TX0006683987 | Newsday, Inc. | 03/2009 | 07/14/2009 |
| TX0006685690 | Newsday, Inc. | 04/2009 | 09/22/2009 |
| TX0006685677 | Newsday, Inc. | 05/2009 | 09/22/2009 |
| TX0006685663 | Newsday, Inc. | 06/2009 | 09/22/2009 |
| TX0006702368 | Newsday, Inc. | 07/2009 | 01/13/2010 |
| TX0006701603 | Newsday, Inc. | 08/2009 | 01/13/2010 |
| TX0006701619 | Newsday, Inc. | 09/2009 | 01/14/2010 |
| TX0006704027 | Newsday, Inc. | 10/2009 | 04/02/2010 |
| TX0006704078 | Newsday, Inc. | 11/2009 | 04/02/2010 |
| TX0006703991 | Newsday, Inc. | 12/2009 | 04/02/2010 |
| TX0006705100 | Newsday, Inc. | 01/2010 | 08/24/2010 |
| TX0006705099 | Newsday, Inc. | 02/2010 | 08/25/2010 |
| TX0006771400 | Newsday, Inc. | 03/2010 | 08/24/2010 |
| TX0006705176 | Newsday, Inc. | 04/2010 | 08/24/2010 |
| TX0006778276 | Newsday, Inc. | 05/2010 | 01/21/2011 |
| TX0006771417 | Newsday, Inc. | 06/2010 | 12/14/2010 |
| TX0006771474 | Newsday, Inc. | 07/2010 | 07/31/2010 |
| TX0006772865 | Newsday, Inc. | 08/2010 | 03/23/2011 |
| TX0006772225 | Newsday, Inc. | 09/2010 | 02/08/2011 |
| TX0006772943 | Newsday, Inc. | 10/2010 | 03/23/2011 |
| TX0006772942 | Newsday, Inc. | 11/2010 | 03/23/2011 |
| TX0006772862 | Newsday, Inc. | 12/2010 | 03/23/2011 |
| TX0006776205 | Newsday, Inc. | 01/2011 | 05/05/2011 |
| TX0006788069 | Newsday, Inc. | 06/2011 | 09/14/2011 |
| TX0006573088 | Newsday, Inc. | 08/2011 | 11/25/2011 |
| TX0006790331 | Newsday, Inc. | 09/2011 | 01/20/2012 |

| | | | |
|---|---|---|---|
| TX0006790330 | Newsday, Inc. | 10/2011 | 01/20/2012 |
| TX0006789289 | Newsday, Inc. | 11/2011 | 04/05/2012 |
| TX0006788739 | Newsday, Inc. | 12/2011 | 04/05/2012 |
| TX0006789766 | Newsday, Inc. | 01/2012 | 04/26/2012 |
| TX0006788701 | Newsday, Inc. | 02/2012 | 06/08/2012 |
| TX0006790146 | Newsday, Inc. | 03/2012 | 07/05/2012 |
| TX0006573256 | Newsday, Inc. | 04/2012 | 07/27/2012 |
| TX0006789769 | Newsday, Inc. | 05/2012 | 07/27/2012 |
| TX0006540613 | Newsday, Inc. | 06/2012 | 09/11/2012 |
| TX0007791330 | Newsday, Inc. | 07/2012 | 11/07/2012 |
| TX0007724242 | Newsday, Inc. | 08/2012 | 11/07/2012 |

## Title of Work: Newsday, Nassau Edition

| Registration Number | Author / Claimant | Issue Registered (Month / Year) | Registration Date |
|---|---|---|---|
| TX0004185143 | Newsday, Inc. | 01/1996 | 04/08/1996 |
| TX0004211476 | Newsday, Inc. | 02/1996 | 05/09/1996 |
| TX0004243241 | Newsday, Inc. | 03/1996 | 06/14/1996 |
| TX0004307858 | Newsday, Inc. | 04/1996 | 07/17/1996 |
| TX0004336857 | Newsday, Inc. | 05/1996 | 09/19/1996 |
| TX0004336853 | Newsday, Inc. | 06/1996 | 09/19/1996 |
| TX0004356671 | Newsday, Inc. | 07/1996 | 10/10/1996 |
| TX0004348921 | Newsday, Inc. | 08/1996 | 10/23/1996 |
| TX0006647237 | Newsday, Inc. | 09/1996 | 12/19/1996 |
| TX0004399401 | Newsday, Inc. | 10/1996 | 01/07/1997 |
| TX0004420530 | Newsday, Inc. | 11/1996 | 02/20/1997 |
| TX0004491699 | Newsday, Inc. | 12/1996 | 03/27/1997 |
| TX0004507186 | Newsday, Inc. | 01/1997 | 04/28/1997 |
| TX0004477771 | Newsday, Inc. | 02/1997 | 06/10/1997 |
| TX0004477754 | Newsday, Inc. | 03/1997 | 06/10/1997 |
| TX0004557376 | Newsday, Inc. | 04/1997 | 08/21/1997 |
| TX0004538070 | Newsday, Inc. | 05/1997 | 08/21/1997 |
| TX0004548090 | Newsday, Inc. | 06/1997 | 10/02/1997 |
| TX0004557171 | Newsday, Inc. | 07/1997 | 10/27/1997 |
| TX0004580523 | Newsday, Inc. | 08/1997 | 11/19/1997 |
| TX0004572883 | Newsday, Inc. | 09/1997 | 12/04/1997 |
| TX0004625408 | Newsday, Inc. | 10/1997 | 01/28/1998 |
| TX0004616469 | Newsday, Inc. | 11/1997 | 02/18/1998 |
| TX0004637941 | Newsday, Inc. | 12/1997 | 03/12/1998 |
| TX0004661162 | Newsday, Inc. | 01/1998 | 04/21/1998 |
| TX0004673702 | Newsday, Inc. | 02/1998 | 05/21/1998 |
| TX0004706111 | Newsday, Inc. | 03/1998 | 06/17/1998 |
| TX0004711445 | Newsday, Inc. | 04/1998 | 07/21/1998 |
| TX0004741402 | Newsday, Inc. | 05/1998 | 09/01/1998 |
| TX0004765833 | Newsday, Inc. | 06/1998 | 09/17/1998 |
| TX0004778989 | Newsday, Inc. | 07/1998 | 10/15/1998 |
| TX0004793690 | Newsday, Inc. | 08/1998 | 11/12/1998 |
| TX0004824243 | Newsday, Inc. | 09/1998 | 12/07/1998 |
| TX0004835739 | Newsday, Inc. | 10/1998 | 01/27/1999 |
| TX0004835748 | Newsday, Inc. | 11/1998 | 02/09/1999 |
| TX0004861603 | Newsday, Inc. | 12/1998 | 03/11/1999 |
| TX0004870830 | Newsday, Inc. | 01/1999 | 04/08/1999 |
| TX0005139859 | Newsday, Inc. | 02/1999 | 05/28/1999 |
| TX0004911383 | Newsday, Inc. | 03/1999 | 06/09/1999 |
| TX0004920477 | Newsday, Inc. | 04/1999 | 07/01/1999 |
| TX0004956913 | Newsday, Inc. | 05/1999 | 08/11/1999 |
| TX0004986811 | Newsday, Inc. | 06/1999 | 10/27/1999 |
| TX0004987123 | Newsday, Inc. | 07/1999 | 11/04/1999 |
| TX0005124114 | Newsday, Inc. | 08/1999 | 11/12/1999 |
| TX0005028456 | Newsday, Inc. | 09/1999 | 12/09/1999 |
| TX0005041587 | Newsday, Inc. | 10/1999 | 01/21/2000 |
| TX0005040765 | Newsday, Inc. | 11/1999 | 02/15/2000 |
| TX0005062093 | Newsday, Inc. | 12/1999 | 03/17/2000 |
| TX0005090441 | Newsday, Inc. | 01/2000 | 04/26/2000 |
| TX0005093574 | Newsday, Inc. | 02/2000 | 05/11/2000 |
| TX0005115645 | Newsday, Inc. | 03/2000 | 06/08/2000 |
| TX0005146143 | Newsday, Inc. | 04/2000 | 07/27/2000 |
| TX0005161810 | Newsday, Inc. | 05/2000 | 08/03/2000 |
| TX0005164219 | Newsday, Inc. | 06/2000 | 09/11/2000 |
| TX0005174065 | Newsday, Inc. | 07/2000 | 10/27/2000 |

| | | | |
|---|---|---|---|
| TX0005193589 | Newsday, Inc. | 08/2000 | 11/14/2000 |
| TX0005235708 | Newsday, Inc. | 09/2000 | 12/12/2000 |
| TX0005274294 | Newsday, Inc. | 10/2000 | 01/30/2001 |
| TX0005271949 | Newsday, Inc. | 11/2000 | 03/22/2001 |
| TX0005271930 | Newsday, Inc. | 12/2000 | 03/22/2001 |
| TX0005298894 | Newsday, Inc. | 01/2001 | 05/07/2001 |
| TX0005299158 | Newsday, Inc. | 02/2001 | 05/07/2001 |
| TX0005321453 | Newsday, Inc. | 03/2001 | 06/04/2001 |
| TX0005348203 | Newsday, Inc. | 04/2001 | 07/11/2001 |
| TX0005355315 | Newsday, Inc. | 05/2001 | 08/06/2001 |
| TX0005376928 | Newsday, Inc. | 06/2001 | 08/29/2001 |
| TX0005395980 | Newsday, Inc. | 07/2001 | 10/10/2001 |
| TX0005396070 | Newsday, Inc. | 08/2001 | 11/02/2001 |
| TX0005426294 | Newsday, Inc. | 09/2001 | 01/10/2002 |
| TX0005426277 | Newsday, Inc. | 10/2001 | 01/10/2002 |
| TX0005426563 | Newsday, Inc. | 11/2001 | 02/08/2002 |
| TX0005581456 | Newsday, Inc. | 12/2001 | 03/22/2002 |
| TX0005502727 | Newsday, Inc. | 01/2002 | 04/12/2002 |
| TX0005524427 | Newsday, Inc. | 02/2002 | 04/23/2002 |
| TX0005532026 | Newsday, Inc. | 03/2002 | 06/07/2002 |
| TX0005544502 | Newsday, Inc. | 04/2002 | 07/01/2002 |
| TX0005582159 | Newsday, Inc. | 05/2002 | 08/28/2002 |
| TX0006348840 | Newsday, Inc. | 06/2002 | 09/30/2002 |
| TX0005639680 | Newsday, Inc. | 07/2002 | 11/07/2002 |
| TX0005654200 | Newsday, Inc. | 08/2002 | 01/15/2003 |
| TX0005654150 | Newsday, Inc. | 09/2002 | 02/03/2003 |
| TX0005747596 | Newsday, Inc. | 10/2002 | 04/15/2003 |
| TX0005674716 | Newsday, Inc. | 11/2002 | 03/03/2003 |
| TX0005683811 | Newsday, Inc. | 12/2002 | 03/21/2003 |
| TX0005673220 | Newsday, Inc. | 02/2003 | 06/25/2003 |
| TX0005809493 | Newsday, Inc. | 03/2003 | 10/06/2003 |
| TX0005916782 | Newsday, Inc. | 04/2003 | 09/11/2003 |
| TX0005808009 | Newsday, Inc. | 05/2003 | 07/29/2003 |
| TX0005809495 | Newsday, Inc. | 06/2003 | 10/07/2003 |
| TX0005868352 | Newsday, Inc. | 07/2003 | 11/10/2003 |
| TX0005870330 | Newsday, Inc. | 08/2003 | 12/17/2003 |
| TX0005874441 | Newsday, Inc. | 09/2003 | 01/06/2004 |
| TX0005874227 | Newsday, Inc. | 10/2003 | 01/06/2004 |
| TX0005892654 | Newsday, Inc. | 11/2003 | 02/09/2004 |
| TX0005921940 | Newsday, Inc. | 12/2003 | 03/30/2004 |
| TX0006033170 | Newsday, Inc. | 01/2004 | 09/24/2004 |
| TX0006069577 | Newsday, Inc. | 02/2004 | 09/22/2004 |
| TX0006033102 | Newsday, Inc. | 03/2004 | 09/24/2004 |
| TX0006033104 | Newsday, Inc. | 04/2004 | 09/24/2004 |
| TX0006069422 | Newsday, Inc. | 05/2004 | 09/24/2004 |
| TX0006093686 | Newsday, Inc. | 06/2004 | 09/09/2004 |
| TX0006143089 | Newsday, Inc. | 07/2004 | 04/13/2004 |
| TX0006150191 | Newsday, Inc. | 08/2004 | 04/13/2005 |
| TX0006110292 | Newsday, Inc. | 09/2004 | 12/29/2004 |
| TX0006110263 | Newsday, Inc. | 10/2004 | 02/25/2005 |
| TX0006143304 | Newsday, Inc. | 11/2004 | 04/04/2005 |
| TX0006182592 | Newsday, Inc. | 12/2004 | 06/28/2005 |
| TX0006172330 | Newsday, Inc. | 01/2005 | 05/23/2005 |
| TX0006181980 | Newsday, Inc. | 02/2005 | 06/28/2005 |
| TX0006285625 | Newsday, Inc. | 03/2005 | 10/25/2005 |
| TX0006181371 | Newsday, Inc. | 04/2005 | 07/01/2005 |
| TX0006204746 | Newsday, Inc. | 05/2005 | 08/17/2005 |

| | | | |
|---|---|---|---|
| TX0006215804 | Newsday, Inc. | 06/2005 | 09/07/2005 |
| TX0006285631 | Newsday, Inc. | 07/2005 | 12/02/2005 |
| TX0006331278 | Newsday, Inc. | 08/2005 | 01/18/2006 |
| TX0006290969 | Newsday, Inc. | 09/2005 | 01/24/2006 |
| TX0006313896 | Newsday, Inc. | 10/2005 | 03/22/2006 |
| TX0006326536 | Newsday, Inc. | 11/2005 | 03/22/2005 |
| TX0006340443 | Newsday, Inc. | 12/2005 | 05/26/2006 |
| TX0006340438 | Newsday, Inc. | 01/2006 | 05/08/2006 |
| TX0006340441 | Newsday, Inc. | 02/2006 | 05/12/2006 |
| TX0006422121 | Newsday, Inc. | 03/2006 | 07/28/2006 |
| TX0006411146 | Newsday, Inc. | 04/2006 | 07/28/2006 |
| TX0006481520 | Newsday, Inc. | 05/2006 | 11/27/2006 |
| TX0006431408 | Newsday, Inc. | 06/2006 | 09/20/2006 |
| TX0006481489 | Newsday, Inc. | 07/2006 | 11/20/2006 |
| TX0006497062 | Newsday, Inc. | 08/2006 | 01/09/2007 |
| TX0006498885 | Newsday, Inc. | 09/2006 | 01/05/2006 |
| TX0006520777 | Newsday, Inc. | 10/2006 | 02/21/2007 |
| TX0006550536 | Newsday, Inc. | 11/2006 | 04/02/2007 |
| TX0006613947 | Newsday, Inc. | 12/2006 | 04/07/2007 |
| TX0006550503 | Newsday, Inc. | 01/2007 | 04/18/2007 |
| TX0006575589 | Newsday, Inc. | 02/2007 | 05/22/2007 |
| TX0006588022 | Newsday, Inc. | 03/2007 | 06/25/2007 |
| TX0006614534 | Newsday, Inc. | 04/2007 | 07/27/2007 |
| TX0006627921 | Newsday, Inc. | 05/2007 | 08/15/2007 |
| TX0006664740 | Newsday, Inc. | 06/2007 | 01/07/2008 |
| TX0006664705 | Newsday, Inc. | 07/2007 | 11/01/2007 |
| TX0006660446 | Newsday, Inc. | 08/2007 | 03/24/2008 |
| TX0006644614 | Newsday, Inc. | 09/2007 | 01/17/2008 |
| TX0006660353 | Newsday, Inc. | 10/2007 | 04/04/2008 |
| TX0006647525 | Newsday, Inc. | 11/2007 | 02/01/2008 |
| TX0006647032 | Newsday, Inc. | 12/2007 | 04/07/2008 |
| TX0006647044 | Newsday, Inc. | 01/2008 | 05/21/2008 |
| TX0006647074 | Newsday, Inc. | 02/2008 | 05/21/2008 |
| TX0006662486 | Newsday, Inc. | 03/2008 | 07/30/2008 |
| TX0006662662 | Newsday, Inc. | 04/2008 | 07/25/2008 |
| TX0006662581 | Newsday, Inc. | 05/2008 | 10/10/2008 |
| TX0006685315 | Newsday, Inc. | 06/2008 | 10/14/2008 |
| TK0006664891 | Newsday, Inc. | 07/2008 | 01/12/2009 |
| TX0006664894 | Newsday, Inc. | 08/2008 | 01/09/2009 |
| TX0006664888 | Newsday, Inc. | 10/2008 | 01/12/2009 |
| TX0006683929 | Newsday, Inc. | 11/2008 | 03/20/2009 |
| TX0006679402 | Newsday, Inc. | 12/2008 | 04/16/2009 |
| TX0006631429 | Newsday, Inc. | 01/2009 | 05/19/2009 |
| TX0006679370 | Newsday, Inc. | 02/2009 | 06/12/2009 |
| TX0006683973 | Newsday, Inc. | 03/2009 | 07/14/2009 |
| TX0006702395 | Newsday, Inc. | 04/2009 | 09/22/2009 |
| TX0006685678 | Newsday, Inc. | 05/2009 | 09/22/2009 |
| TX0006685662 | Newsday, Inc. | 06/2009 | 09/22/2009 |
| TX0006702367 | Newsday, Inc. | 07/2009 | 01/13/2010 |
| TX0006701604 | Newsday, Inc. | 08/2009 | 01/13/2010 |
| TX0006701618 | Newsday, Inc. | 09/2009 | 01/14/2010 |
| TX0006704026 | Newsday, Inc. | 10/2009 | 04/02/2010 |
| TX0006704079 | Newsday, Inc. | 11/2009 | 04/02/2010 |
| TX0006703992 | Newsday, Inc. | 12/2009 | 04/02/2010 |
| TX0006719301 | Newsday, Inc. | 01/2010 | 08/24/2010 |
| TX0006771401 | Newsday, Inc. | 02/2010 | 08/25/2010 |
| TX0006705101 | Newsday, Inc. | 03/2010 | 08/24/2010 |

| | | | |
|---|---|---|---|
| TX0006705174 | Newsday, Inc. | 04/2010 | 08/24/2010 |
| TX0006778277 | Newsday, Inc. | 05/2010 | 01/21/2011 |
| TX0006778273 | Newsday, Inc. | 06/2010 | 12/14/2010 |
| TX0006771473 | Newsday, Inc. | 07/2010 | 12/10/2010 |
| TX0006772864 | Newsday, Inc. | 08/2010 | 03/23/2011 |
| TX0006772226 | Newsday, Inc. | 09/2010 | 02/08/2011 |
| TX0006772944 | Newsday, Inc. | 10/2010 | 03/23/2011 |
| TX0006772941 | Newsday, Inc. | 11/2010 | 03/23/2011 |
| TX0006772861 | Newsday, Inc. | 12/2010 | 03/23/2011 |
| TX0006776204 | Newsday, Inc. | 01/2011 | 05/05/2011 |
| TX0006778323 | Newsday, Inc. | 02/2011 | 06/01/2011 |
| TX0006788075 | Newsday, Inc. | 05/2011 | 09/14/2011 |
| TX0006789306 | Newsday, Inc. | 07/2011 | 10/11/2011 |
| TX0006573089 | Newsday, Inc. | 08/2011 | 11/25/2011 |
| TX0006790332 | Newsday, Inc. | 09/2011 | 01/18/2012 |
| TX0006788804 | Newsday, Inc. | 10/2011 | 01/20/2012 |
| TX0006789290 | Newsday, Inc. | 11/2011 | 04/05/2012 |
| TX0006788747 | Newsday, Inc. | 12/2011 | 04/05/2012 |
| TX0006789767 | Newsday, Inc. | 01/2012 | 04/26/2012 |
| TX0006788702 | Newsday, Inc. | 02/2012 | 06/08/2012 |
| TX0006790145 | Newsday, Inc. | 03/2012 | 07/05/2012 |
| TX0006573257 | Newsday, Inc. | 04/2012 | 07/27/2012 |
| TX0006789768 | Newsday, Inc. | 05/2012 | 07/27/2012 |
| TX0006540612 | Newsday, Inc. | 06/2012 | 09/11/2012 |
| TX0007752634 | Newsday, Inc. | 07/2012 | 11/07/2012 |
| TX0007724727 | Newsday, Inc. | 08/2012 | 11/07/2012 |

## Title of Work: Newsday, Suffolk and Nassau Editions (Post-09/201

| Registration Number | Author/Claimant | Edition | Issue Date (Month, |
|---|---|---|---|
| TX0007913285 | Newsday, LLC | Suffolk | 09/2012 |
| TX0007894425 | Newsday, LLC | Suffolk | 10/2012 |
| TX0007894430 | Newsday LLC | Nassau | 10/2012 |
| TX0007806326 | Newsday, LLC | Suffolk | 11/2012 |
| TX0007806335 | Newsday, LLC | Suffolk | 12/2012 |
| TX0007806339 | Newsday, LLC | Nassau | 12/2012 |
| TX0007737644 | Newsday LLC | Suffolk | 02/2013 |
| TX0007736713 | Newsday LLC | Nassau | 02/2013 |
| TX0007733799 | Newsday LLC | Suffolk | 03/2013 |
| TX0007733687 | Newsday, LLC | Nassau | 03/2013 |
| TX0007761372 | Newsday, LLC | Suffolk | 04/2013 |
| TX0007759499 | Newsday, LLC. | Nassau | 04/2013 |
| TX0007762041 | Newsday LLC. | Suffolk | 05/2013 |
| TX0007762269 | Newsday | Nassau | 05/2013 |
| TX0007887724 | Newsday LLC | Suffolk | 06/2013 |
| TX0007887740 | Newsday LLC | Nassau | 06/2013 |
| TX0007901150 | Newsday, LLC | Suffolk | 07/2013 |
| TX0008069560 | Newsday LLC | Suffolk | 08/2013 |
| TX0008069548 | Newsday LLC | Nassau | 08/2013 |
| TX0008005378 | Newsday, LLC | Suffolk | 09/2013 |
| TX0007936810 | Newsday LLC | Suffolk | 10/2013 |
| TX0007936787 | Newsday LLC | Nassau | 10/2013 |
| TX0008085089 | Newsday LLC | Suffolk | 11/2013 |
| TX0008085047 | Newsday LLC | Nassau | 11/2013 |
| TX0007916421 | Newsday LLC | Suffolk | 12/2013 |
| TX0007916424 | Newsday LLC | Nassau | 12/2013 |
| TX0007945916 | Newsday LLC | Suffolk | 01/2014 |
| TX0007945910 | Newsday LLC | Nassau | 01/2014 |
| TX0007976243 | Newsday, LLC | Suffolk | 02/2014 |
| TX0007976255 | Newsday LLC | Nassau | 02/2014 |
| TX0008082587 | Newsday, LLC. | Suffolk | 03/2014 |
| TX0008082765 | Newsday LLC | Nassau | 03/2014 |
| TX0008064380 | Newsday, LLC | Suffolk | 04/2014 |
| TX0008064370 | Newsday LLC | Nassau | 04/2014 |
| TX0008071242 | Newsday, LLC | Nassau | 05/2014 |
| TX0008071253 | Newsday, LLC | Suffolk | 05/2014 |
| TX0008113873 | Newsday LLC | Suffolk | 06/2014 |
| TX0008113753 | Newsday LLC | Nassau | 06/2014 |
| TX0008054128 | Newsday LLC | Nassau | 07/2014 |
| TX0008059537 | Newsday LLC | Suffolk | 07/2014 |
| TX0008182801 | NEWSDAY, LLC | Suffolk | 08/2014 |

| | | | |
|---|---|---|---|
| TX0008182775 | NEWSDAY, LLC | Nassau | 08/2014 |
| TX0008182804 | Newsday LLC | Suffolk | 09/2014 |
| TX0008182764 | Newsday LLC | Nassau | 09/2014 |
| TX0008182819 | Newsday, LLC | Suffolk | 10/2014 |
| TX0008182814 | Newsday, LLC | Nassau | 10/2014 |
| TX0008164790 | Newsday, LLC | Suffolk | 11/2014 |
| TX0008164796 | Newsday, LLC | Nassau | 11/2014 |
| TX0008158125 | Newsday, LLC | Suffolk | 12/2014 |
| TX0008158142 | Newsday LLC | Nassau | 12/2014 |
| TX0008206113 | NEWSDAY, LLC | Suffolk | 01/2015 |
| TX0008206120 | NEWSDAY, LLC | Nassau | 01/2015 |
| TX0008206074 | NEWSDAY, LLC | Suffolk | 02/2015 |
| TX0008206097 | NEWSDAY, LLC | Nassau | 02/2015 |
| TX0008229222 | Newsday, LLC | Suffolk | 03/2015 |
| TX0008229241 | NEWSDAY, LLC | Nassau | 03/2015 |
| TX0008233600 | Newsday, LLC | Suffolk | 04/2015 |
| TX0008233602 | Newsday, LLC | Nassau | 04/2015 |
| TX0008224259 | Newsday, LLC | Suffolk | 05/2015 |
| TX0008224268 | Newsday, LLC | Nassau | 05/2015 |
| TX0008248844 | Newsday, LLC | Suffolk | 08/2015 |
| TX0008248847 | Newsday, LLC | Nassau | 08/2015 |
| TX0008258636 | NEWSDAY, LLC | Suffolk | 09/2015 |
| TX0008258629 | NEWSDAY, LLC | Nassau | 09/2015 |
| TX0008258618 | NEWSDAY, LLC | Suffolk | 10/2015 |
| TX0008258613 | NEWSDAY, LLC | Nassau | 10/2015 |
| TX0008263341 | Newsday, LLC | Suffolk | 11/2015 |
| TX0008263349 | Newsday, LLC | Nassau | 11/2015 |
| TX0008261695 | Newsday, LLC | Suffolk | 12/2015 |
| TX0008268165 | Newsday, LLC | Nassau | 12/2015 |
| TX0008267160 | Newsday, LLC | Suffolk | 01/2016 |
| TX0008267874 | Newsday, LLC | Nassau | 01/2016 |
| TX0008264062 | Newsday, LLC | Suffolk | 02/2016 |
| TX0008264084 | NEWSDAY, LLC | Nassau | 02/2016 |
| TX0008260815 | Newsday, LLC | Suffolk | 03/2016 |
| TX0008260730 | NEWSDAY LLC | Nassau | 03/2016 |
| TX0008731155 | NEWSDAY, LLC | Suffolk | 04/2016 |
| TX0008323218 | Newsday, LLC | Nassau | 04/2016 |
| TX0008315495 | NEWSDAY, LLC | Suffolk | 05/2016 |
| TX0008315491 | NEWSDAY, LLC | Nassau | 05/2016 |
| TX0008326140 | Newsday, LLC | Suffolk | 06/2016 |
| TX0008326105 | Newsday, LLC. | Nassau | 06/2016 |
| TX0008326148 | Newsday, LLC | Suffolk | 07/2016 |
| TX0008326163 | Newsday, LLC. | Nassau | 07/2016 |

| | | | |
|---|---|---|---|
| TX0008299343 | Newsday, LLC | Suffolk | 08/2016 |
| TX0008299332 | Newsday, LLC | Nassau | 08/2016 |
| TX0008352697 | Newsday, LLC | Nassau | 09/2016 |
| TX0008410498 | NEWSDAY, LLC | Suffolk | 10/2016 |
| TX0008410495 | NEWSDAY, LLC | Nassau | 10/2016 |
| TX0008402136 | NewsDay, LLC | Suffolk | 11/2016 |
| TX0008402167 | NEWSDAY, LLC | Nassau | 11/2016 |
| TX0008408763 | Newsday, LLC | Suffolk | 12/2016 |
| TX0008408960 | NEWSDAY, LLC | Nassau | 12/2016 |
| TX0008419578 | NEWSDAY, LLC | Suffolk | 01/2017 |
| TX0008409054 | Newsday, LLC | Nassau | 01/2017 |
| TX0008433809 | Newsday, LLC | Suffolk | 02/2017 |
| TX0008433770 | NEWSDAY, LLC. | nassau | 02/2017 |
| TX0008447614 | NewsDay, LLC | Suffolk | 03/2017 |
| TX0008447609 | Newsday, LLC | Nassau | 03/2017 |
| TX0008447279 | Newsday, LLC | Suffolk | 04/2017 |
| TX0008447262 | NEWSDAY, LLC. | Nassau | 04/2017 |
| TX0008427184 | News Day, LLC | Nassau | 05/2017 |
| TX0008427383 | NEWSDAY, LLC. | Suffolk | 05/2017 |
| TX0008473271 | NEWSDAY, LLC | Suffolk | 06/2017 |
| TX0008473241 | NEWSDAY, LLC | Nassau | 06/2017 |
| TX0008473173 | NEWSDAY, LLC | Suffolk | 07/2017 |
| TX0008473251 | NEWSDAY, LLC | Nassau | 07/2017 |
| TX0008498158 | Newsday, LLC | Suffolk | 08/2017 |
| TX0008498198 | Newsday, LLC | Nassau | 08/2017 |
| TX0008496701 | Newsday, LLC | Suffolk | 09/2017 |
| TX0008496692 | Newsday, LLC | Nassau | 09/2017 |
| TX0008510361 | Newsday, LLC | Suffolk | 10/2017 |
| TX0008510300 | Newsday, LLC | Nassau | 10/2017 |
| TX0008591996 | NEWSDAY LLC | Suffork | 12/2017 |
| TX0008592001 | NEWSDAY, LLC | Nassau | 12/2017 |
| TX0008587202 | Newsday, LLC | Nassau | 01/2018 |
| TX0009626665 | NEWSDAY LLC | Nassau | 02/2018 |
| TX0009626091 | NEWSDAY LLC | Nassau | 03/2018 |
| TX0009626627 | NEWSDAY LLC | Nassau | 04/2018 |
| TX0009626061 | NEWSDAY LLC | Nassau | 05/2018 |
| TX0008831692 | Newsday LLC | Nassau | 11/2018 |
| TX0008804731 | Newsday LLC | Nassau | 12/2018 |
| TX0008795025 | Newsday | Nassau | 01/2019 |
| TX0008805341 | Newsday | Nassau | 06/2019 |
| TX0008804034 | Newsday | Nassau | 07/2019 |
| TX0008804253 | Newsday LLC | Nassau | 08/2019 |
| TX0008826106 | Newsday LLC | Nassau | 09/2019 |

| | | | |
|---|---|---|---|
| TX0008826089 | Newsday LLC | Nassau | 10/2019 |
| TX0008825733 | Newsday LLC | Nassau | 11/2019 |
| TX0008830500 | Newsday LLC | Nassau | 12/2019 |
| TX0008850455 | Newsday LLC | Nassau | 01/2020 |
| TX0008866714 | Newsday LLC | Nassau | 02/2020 |
| TX0008863989 | Newsday LLC | Nassau | 03/2020 |
| TX0008884894 | Newsday LLC | Nassau | 04/2020 |
| TX0008884798 | Newsday LLC | Nassau | 05/2020 |
| TX0008885599 | Newsday LLC | Nassau | 06/2020 |
| TX0008890568 | Newsday LLC | Nassau | 07/2020 |
| TX0008898361 | Newsday LLC | Nassau | 08/2020 |
| TX0008907445 | Newsday LLC | Nassau | 09/2020 |
| TX0008919240 | Newsday LLC | Nassau | 10/2020 |
| TX0008923730 | Newsday LLC | Nassau | 11/2020 |
| TX0008934917 | Newsday LLC | Nassau | 12/2020 |
| TX0008938950 | Newsday LLC | Nassau | 01/2021 |
| TX0008949485 | Newsday LLC | Nassau | 02/2021 |
| TX0008960623 | Newsday LLC | Nassau | 03/2021 |
| TX0008969541 | Newsday LLC | Nassau | 04/2021 |
| TX0008982862 | Newsday LLC | Nassau | 05/2021 |
| TX0008991819 | Newsday LLC | Nassau | 06/2021 |
| TX0009005727 | Newsday LLC | Nassau | 07/2021 |
| TX0009054049 | Newsday LLC | nassau | 08/2021 |
| TX0009060576 | Newsday LLC | Nassau | 09/2021 |
| TX0009079013 | Newsday LLC | Nassau | 10/2021 |
| TX0009115236 | Newsday LLC | Nassau | 11/2021 |
| TX0009117542 | Newsday LLC | Nassau | 12/2021 |
| TX0009134995 | Newsday LLC | Nassau | 02/2022 |
| TX0009145452 | NEWSDAY LLC | Nassau | 03/2022 |
| TX0009153805 | Newsday LLC | Nassau | 04/2022 |
| TX0009160860 | NEWSDAY LLC | Nassau | 05/2022 |
| TX0009176549 | NEWSDAY LLC | Nassau | 06/2022 |
| TX0009179419 | NEWSDAY LLC | Nassau | 07/2022 |
| TX0009191184 | NEWSDAY LLC | Nassau | 08/2022 |
| TX0009198137 | NEWSDAY LLC | Nassau | 09/2022 |
| TX0009228243 | NEWSDAY LLC | Nassau | 10/2022 |
| TX0009248808 | NEWSDAY LLC | Nassau | 11/2022 |
| TX0009258361 | NEWSDAY LLC | Nassau | 12/2022 |
| TX0009271134 | NEWSDAY LLC | Nassau | 01/2023 |
| TX0009269931 | NEWSDAY LLC | Nassau | 02/2023 |
| TX0009279367 | NEWSDAY LLC | Nassau | 03/2023 |
| TX0009287847 | NEWSDAY LLC | Nassau | 04/2023 |
| TX0009290055 | NEWSDAY LLC | Nassau | 05/2023 |

| | | | |
|---|---|---|---|
| TX0009299418 | NEWSDAY LLC | Nassau | 06/2023 |
| TX0009304172 | NEWSDAY LLC | Nassau | 07/2023 |
| TX0009316193 | NEWSDAY LLC | Nassau | 08/2023 |
| TX0009325560 | NEWSDAY LLC | Nassau | 09/2023 |
| TX0009334846 | NEWSDAY LLC | Nassau | 10/2023 |
| TX0009345921 | NEWSDAY LLC | Nassau | 11/2023 |
| TX0009357373 | NEWSDAY LLC | Nassau | 12/2023 |
| TX0009370953 | NEWSDAY LLC | Nassau | 01/2024 |
| TX0009381656 | NEWSDAY LLC | Nassau | 02/2024 |
| TX0009389678 | NEWSDAY LLC | Nassau | 03/2024 |
| TX0009401786 | NEWSDAY LLC | Nassau | 04/2024 |
| TX0009413447 | NEWSDAY LLC | Nassau | 05/2024 |
| TX0009421393 | NEWSDAY LLC | Nassau | 06/2024 |
| TX0009430187 | NEWSDAY LLC | Nassau | 07/2024 |
| TX0009437383 | NEWSDAY LLC | Nassau | 08/2024 |
| TX0009446029 | NEWSDAY LLC | Nassau | 09/2024 |
| TX0009458586 | NEWSDAY LLC | Nassau | 10/2024 |
| TX0009466592 | NEWSDAY LLC | Nassau | 11/2024 |
| TX0009471518 | NEWSDAY LLC | Nassau | 12/2024 |
| TX0009482571 | NEWSDAY LLC | Nassau | 01/2025 |
| TX0009474329 | NEWSDAY LLC | Nassau | 02/2025 |
| TX0009503486 | NEWSDAY LLC | Nassau | 03/2025 |
| TX0009513466 | NEWSDAY LLC | Nassau | 04/2025 |
| TX0009524453 | NEWSDAY LLC | Nassau | 05/2025 |
| TX0009536951 | NEWSDAY LLC | Nassau | 06/2025 |
| TX0009540344 | NEWSDAY LLC | Nassau | 07/2025 |
| TX0009554414 | NEWSDAY LLC | Nassau | 08/2025 |
| TX0009567802 | NEWSDAY LLC | Nassau | 10/2025 |
| TX0009575405 | NEWSDAY LLC | Nassau | 11/2025 |
| TX0009578650 | NEWSDAY LLC | Nassau | 12/2025 |
| TX0009591621 | NEWSDAY LLC | Nassau | 01/2026 |
| TX0009596374 | NEWSDAY LLC | Nassau | 02/2026 |
| TX0009601000 | NEWSDAY LLC | Nassau | 03/2026 |
| TX0009608189 | NEWSDAY LLC | Nassau | 04/2026 |
| TX0009615730 | NEWSDAY LLC | Nassau | 05/2026 |
| TX0009623835 | NEWSDAY LLC | Nassau | 06/2026 |

## Title of Work: Newsday.com

| Registration Number | Author/Claimant | Issue Date | Registration Date |
|---|---|---|---|
| TX0009444994 | Newsday, LLC | 09/2024 | 10/18/2024 |
| TX0009458785 | Newsday, LLC | 10/2024 | 11/13/2024 |
| TX0009463300 | Newsday, LLC | 11/2024 | 12/04/2024 |
| TX0009493802 | Newsday, LLC | 12/2024 | 01/02/2025 |
| TX0009494405 | Newsday, LLC | 02/2025 | 04/24/2025 |
| TX0009532031 | Newsday, LLC | 04/2025 | 05/01/2025 |
| TX0009534530 | Newsday, LLC | 05/2025 | 06/02/2025 |
| TX0009537289 | Newsday, LLC | 06/2025 | 07/01/2025 |
| TX0009548751 | Newsday, LLC | 03/2025 | 07/21/2025 |
| TX0009550924 | Newsday, LLC | 07/2025 | 08/01/2025 |
| TX0009552454 | Newsday, LLC | 01/2025 | 08/11/2025 |
| TX0009553478 | Newsday, LLC | 08/2025 | 09/08/2025 |
| TX0009557743 | Newsday, LLC | 09/2025 | 10/01/2025 |
| TX0009562228 | Newsday, LLC | 10/2025 | 11/03/2025 |
| TX0009584711 | Newsday, LLC | 11/2025 | 12/03/2025 |
| TX0009602743 | Newsday, LLC | 12/2025 | 01/02/2026 |
| TX0009598924 | Newsday, LLC | 01/2026 | 02/02/2026 |
| TX0009595535 | Newsday, LLC | 02/2026 | 03/02/2026 |
| TX0009595618 | Newsday, LLC | 03/2026 | 04/01/2026 |
| TX0009622104 | Newsday, LLC | 04/2026 | 05/05/2026 |

**MISC. Works**

| Registration Number | Author and Claimant | Title of Work | Date of Registration |
|---|---|---|---|
| TX0004168408 | Newsday | Get Reel :the Brooklyn boy and other stories of faith in the city /by Bill Reel. | 01/11/1996 |
| VA0000861758 | Newsday, Inc. | Chip Tracer character design. | 06/02/1997 |
| VAu000357279 | Newsday, Inc. | Long Island. | 06/27/1997 |
| VAu000413891 | Newsday, Inc. | Long Island design. | 09/04/1997 |
| TX0004708432 | Newsday, Inc. | Parish :the Pulitzer prize-winning story of vibrant Catholic community /Robert F. Keeler ; with photos by Ken Spencer. | 10/20/1997 |
| TX0004906675 | Newsday, Inc. | Long Island, our story :the celebrated series. | 10/16/1998 |
| VA0000953797 | Newsday, Inc. | Vyrus. | 01/11/1999 |
| TX0006301751 | Newsday, Inc. | Newsday's Guide to Long Island's natural world. | 12/16/2005 |
| V3569D076 | Newsday, Inc., successor in interest to Island Publications, Inc. | This month on Long Island & 133 other titles. | 07/30/2008 |
| V3569D235 | Newsday, Inc.; Newsday, LLC. | This month on Long Island & 132 other titles. | 09/04/2008 |
| V3570D605 | Newsday, LLC.; Bank of America, NA. | This month on Long Island: the out-of-towner's guide, 1986 & 132 other titles. | 09/29/2008 |
| V3620D647 | Bank of America, NA.; Newsday, LLC. | This month on Long Island: the out-of-towner's guide 1986 & 131 other titles. | 11/08/2012 |