# EXHIBIT 4

# Newsday Trademark Registration

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**Reg. No. 2,047,787**

**United States Patent and Trademark Office** **Registered Mar. 25, 1997**

## TRADEMARK
## PRINCIPAL REGISTER

# NEWSDAY

NEWSDAY, INC. (NEW YORK CORPORATION)
235 PINELAWN ROAD
MELVILLE, NY 117474250

FOR: NEWSPAPERS FOR GENERAL CIRCULATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-3-1940; IN COMMERCE 9-3-1940.

SER. NO. 75-098,989, FILED 3-6-1996.

ESTHER A. BORSUK, EXAMINING ATTORNEY