**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE SEATTLE TIMES COMPANY and NEWSDAY LLC,

Plaintiffs,

v.

OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI FOUNDATION, OPENAI GROUP PBC, and MICROSOFT CORPORATION,

Defendants.

No. 1:26-cv-7644

NEWSDAY LLC'S CORPORATE DISCLOSURE STATEMENT

**NEWSDAY LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Newsday LLC ("Newsday") makes the following disclosure:

1. Newsday LLC is a Delaware limited liability company.

2. Tillandsia Media Holdings LLC, a New York limited liability company holds 99% of Newsday stock.

3. The Charles F. Dolan 2014 Children Trust FBO Patrick F. Dolan holds the remaining 1%.

4. No publicly held corporation owns 10% or more of Newsday's stock.

Respectfully submitted this 4th day of September 2026.

/s/ Lacy H. Koonce, III

Lacy H. ("Lance") Koonce, III
Brendan T. Kehoe
**KLARIS LAW PLLC**
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com
brendan.kehoe@klarislaw.com

*Attorneys for Newsday LLC*