**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE SEATTLE TIMES COMPANY and NEWSDAY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI, INC., OPENAI GP, LLC, OPENAI, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL LLC, OAI CORPORATION, OPENAI HOLDINGS, LLC, OPENAI FOUNDATION, OPENAI GROUP PBC, and MICROSOFT CORPORATION,<br><br>Defendants. | No. 1:26-cv-7644<br><br>THE SEATTLE TIMES COMPANY'S CORPORATE DISCLOSURE STATEMENT |

**THE SEATTLE TIMES COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for The Seattle Times Company ("The Seattle Times") makes the following disclosure:

1. The Seattle Times is a company incorporated in the State of Delaware, with its principal place of business in Seattle, Washington.

2. Blethen Corporation, a privately held Washington corporation, holds 100% of The Seattle Times' Class B stock.

3. William K. Blethen, Jr. holds 21.3% of The Seattle Times' Class A stock.

4. The Alden J. Blethen Exemption Trust, holds 12.9% of The Seattle Times' Class A stock.

5. None of the remaining The Seattle Times stockholders own 10% or more of The Seattle Times' stock.

Respectfully submitted this 4th day of September 2026.

/s/ Lacy H. Koonce, III

Lacy H. ("Lance") Koonce, III
Brendan T. Kehoe
**KLARIS LAW PLLC**
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
lance.koonce@klaris.com
brendan.kehoe@klarislaw.com

*Attorneys for The Seattle Times Company*