AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Southern District of New York on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 1:26-cv-7644 | 08/04/2026 | for the Southern District of New York |

| PLAINTIFF | DEFENDANT |
|---|---|
| The Seattle Times Company<br>Newsday LLC | OpenAI, Inc., OpenAI GP, LLC, Open AI, LLC, OpenAI OPCO, LLC, OpenAI Global LLC, OAI Corporation, OpenAI Holdings, LLC, OpenAI Foundation, et al. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See attached exhibit |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

Print   Save As...   Reset

# EXHIBIT 3

# The Seattle Times Trademark Registrations

# United States of America
## United States Patent and Trademark Office

# THE SEATTLE TIMES

**Reg. No. 5,738,989**
**Registered Apr. 30, 2019**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Seattle Times Company (DELAWARE CORPORATION)
1000 Denny Way
Seattle, WASHINGTON 98109

CLASS 9: Downloadable software in the nature of a mobile application for obtaining news, information and commentary of the type found in general interest newspapers

FIRST USE 9-1-2010; IN COMMERCE 9-1-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC. 2(F) as to "Seattle"

SER. NO. 88-101,398, FILED 08-31-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE SEATTLE TIMES

**Reg. No. 5,738,990**

**Registered Apr. 30, 2019**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Seattle Times Company (DELAWARE CORPORATION)
1000 Denny Way
Seattle, WASHINGTON 98109

CLASS 16: Newspapers for general circulation

FIRST USE 8-10-1896; IN COMMERCE 8-10-1896

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC. 2(F) as to "Seattle"

SER. NO. 88-101,400, FILED 08-31-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE SEATTLE TIMES

**Reg. No. 5,738,991**

**Registered Apr. 30, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Seattle Times Company (DELAWARE CORPORATION)
1000 Denny Way
Seattle, WASHINGTON 98109

CLASS 35: Dissemination of advertising for others via the Internet

FIRST USE 00-00-1995; IN COMMERCE 00-00-1995

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC. 2(F) as to "SEATTLE"

SER. NO. 88-101,412, FILED 08-31-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE SEATTLE TIMES

**Reg. No. 5,738,992**

**Registered Apr. 30, 2019**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Seattle Times Company (DELAWARE CORPORATION)
1000 Denny Way
Seattle, WASHINGTON 98109

CLASS 41: Providing on-line publications in the nature of newspapers

FIRST USE 00-00-1995; IN COMMERCE 00-00-1995

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC. 2(F) as to "Seattle"

SER. NO. 88-101,415, FILED 08-31-2018

UNITED STATES PATENT AND TRADEMARK OFFICE DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

# EXHIBIT 4

# Newsday Trademark Registration

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**Reg. No. 2,047,787**

**United States Patent and Trademark Office** **Registered Mar. 25, 1997**

**TRADEMARK**
**PRINCIPAL REGISTER**

## NEWSDAY

NEWSDAY, INC. (NEW YORK CORPORATION)
235 PINELAWN ROAD
MELVILLE, NY 117474250

FOR: NEWSPAPERS FOR GENERAL CIRCULATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-3-1940; IN COMMERCE 9-3-1940.

SER. NO. 75-098,989, FILED 3-6-1996.

ESTHER A. BORSUK, EXAMINING ATTORNEY